IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Ergun M. Caner, | : | No.: 6:14-cv-004 |
| Plaintiff | : | |
| v. | : | Civil Action - Law |
| | : | Jury Trial Demanded |
| Jonathan Autry, | : | (Electronically Filed) |
| Defendant | : | |

## Notice of Motions Ripe for Decision

AND NOW comes the Defendant Jonathan Autry by and through his counsel, Joshua M. Autry, Esquire, and notifies this Court that the following motions are ripe for decision:

1.  Docket #28 – Motion to Dismiss for Failure to State a Claim, or in the Alternative, for Summary Judgment. Defendants attached a brief in support, exhibits, and a proposed order. Plaintiff filed an opposition brief at Docket #28, and Defendant Autry filed a reply brief today.

2.  Docket #29 – Defendant Smathers' Motion to Dismiss for Failure to Join Parties. Defendant Smathers attached a proposed order. Defendant Autry joined the motion with Docket #31. Plaintiff filed an opposition brief at Docket #39. [1]

**CLYMER MUSSER & CONRAD, P.C.**


*/s/ Joshua M. Autry*
**Joshua M. Autry, Esquire**
PA Supreme Court I.D. No. 208459
408 W. Chestnut Street
Lancaster, PA 17603
Telephone:      (717) 299-7101
Facsimile:      (717) 299-5115
Email:          josh.autry@clymerlaw.com

Dated: April 4, 2014

---

[1] As of this date, the Northern District of Texas has not ruled on either of these dispositive motions as to Defendant Jason Smathers.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Ergun M. Caner, | : | No.: 6:14-cv-004 |
| Plaintiff | : | |
| v. | : | Civil Action - Law |
| | : | Jury Trial Demanded |
| Jonathan Autry, | : | (Electronically Filed) |
| Defendant | : | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below I electronically filed the foregoing with the Court using the CM/ECF system, which sent notification of such filing to the following person(s) at the following email address(es):

David C. Gibbs
dgibbs@gibbsfirm.com

Respectfully Submitted,
Clymer Musser & Conrad, P.C.

*/s/ Joshua M. Autry*
Joshua M. Autry, Esquire

Dated: April 4, 2014

2