# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| ERGUN M. CANER,<br><br>                          *Plaintiff,*<br>     v.<br><br>JONATHAN AUTRY,<br><br>                          *Defendant.* | CASE NO. 6:14-cv-00004<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

      Defendant Jonathan Autry filed an unopposed Motion to Supplement the Record in this case ("Motion to Supplement") (docket no. 58) on April 28, 2014, seeking to file transcripts of Plaintiff Dr. Caner's applications for copyrights with this Court. I find good cause to GRANT Defendant's unopposed Motion to Supplement (docket no. 28). A hearing is scheduled in this case on Wednesday, April 30, 2014, so **Defendant must file his supplement by 5:00 p.m. (noon) on Tuesday, April 29, 2014.**

      It is so ORDERED.

      Entered this __29th__ day of April, 2014.

                                                  */s/ Norman K. Moon*
                                                NORMAN K. MOON
                                                UNITED STATES DISTRICT JUDGE