

# COPY OF E-APPLICATION

NOTE: The attached Application Report is a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as **TRAINING SESSION: WHAT YOU NEED TO KNOW ABOUT ISLAMAC BASE THEATER** service number **SR 1-1006528651**. In the course of the Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report. Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate. Amendments may also be reflected in the correspondence records associated with an application.

The attached Application Template is meant to reflect the fields that are available to be populated in the application process. The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted. Rather, the purpose is to portray, and in a general sense explain, the fields that may be populated in an online application.

# *-APPLICATION-*

## Title
**Title of Work:** Training Session: What You Need to Know About Islamâ€"Base Theater

## Completion/Publication
**Year of Completion:** 2005

**Date of 1st Publication:** April 5, 2005     **Nation of 1st Publication:** United States

## Author
■     **Author:** Ergun M. Caner

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Ergun Caner

2648 FM 407, Suite 240, Bartonville, TX

## Rights and Permissions
**Organization Name:** Gibbs Law Firm

**Name:** Dustin Gaines

**Email:** dgaines@gibbsfirm.com     **Telephone:** 727-362-3700

**Address:** 2648 FM 407, Suite 240

Bartonville, TX 76226

## Certification
**Name:** Dustin Gaines

**Date:** October 14, 2013

**Registration #:**

**Service Request #:**  1-1006528651

**Priority:**  Routine                    **Application Date:**  October 14, 2013 10:09:14 PM

## Correspondent

**Name:** Dustin  Gaines

**Email:** dgaines@gibbsfirm.com                    **Telephone:** 727-362-3700

**Address:** 2648 FM 407, Suite 240
Bartonville, TX 76226

## Mail Certificate

Gibbs Law Firm
Dustin Gaines
2648 FM 407, Suite 240
Bartonville, TX 76226

# APPLICATION TEMPLATE FOR COPYRIGHT REGISTRATION

**\* Designates Required Fields**

# 1 WORK BEING REGISTERED

**1a. \* Type of work being registered** (*Fill in one only*)

☐ Literary work    ☐ Performing arts work
☐ Visual arts work    ☐ Motion picture/audiovisual work
☐ Sound recording    ☐ Single serial issue

**1b. \* Title of this work** (*one title per space*)

**1c. For a serial issue:** Volume _____ Number _____ Issue _____ ISSN _____

Frequency of publication: _____ Other _____

**1d. Previous or alternative title** _____

**1e. \* Year of completion** [ ][ ][ ][ ]

**Publication** (*If this work has not been published, skip to section 2*)

**1f. Date of publication** _____ (mm/dd/yyyy)    **1g. ISBN** _____

**1h. Nation of publication**    United States    Other _____    Other _____

**1i. Published as a contribution in a larger work entitled** _____

**1j. If line 1i above names a serial issue** Volume _____ Number _____ Issue _____ On pages _____

**1k. If work was preregistered**    Number PRE- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

# 2 AUTHOR INFORMATION

**2a. Personal name    \* complete either 2a or 2b**

First Name _____    Middle _____    Last _____

**2b. Organization name** _____

**2c. Doing business as** _____

**2d. Year of birth** _____    **2e. Year of death** _____

**2f. \***    ☐ Citizenship    ☐ United States    ☐ Other    Other _____
          ☐ Domicile    ☐ United States    ☐ Other    Other _____

**2g. Author's contribution:**    ☐ Made for hire    ☐ Anonymous
          ☐ Pseudonymous    (Pseudonym is: _____)

**2h. \* This author created** *Fill in only the authorship that applies to this author)*

Depending upon the type of work being registered, Applicant may select various types of authorship. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing/Editor
- Entire Motion Picture
- Direction/Director
- Production/Producer
- Script/Screenplay
- Cinematography/Cinematographer
- Sound Recording

- Music
- Lyrics
- Performance
- Production
- Remix
- Photograph(s)
- Artwork
- Compilation

- Text of Liner Notes
- Text
- 2-D Artwork
- Photograph(s)
- Sculpture/3-D Artwork
- Jewelry Design
- Architectural Work

- Map and/or Technical Drawing
- Musical Arrangement
- Translation
- Compilation
- Computer Program
- Other

Other: _____

1

# 3 COPYRIGHT CLAIMANT INFORMATION

**Claimant** • *complete either 3a or 3b* - If you do not know the address for a claimant, enter "not known" in the Street address and City fields.

**3a.** Personal name

| First Name | Middle | Last |
| --- | --- | --- |
| | | |

**3b.** Organization name

**3c.** Doing business as

**3d.** Street address •

Street address (line 2)

| City • | State | ZIP / Postal code | Country |
| --- | --- | --- | --- |

Email

Phone number

*(Add "+" and country code for foreign numbers)*

**3e.** If claimant is **not** an author, copyright ownership acquired by: ☐ Written agreement ☐ Will or inheritance ☐ Other

Other

# 4 LIMITATION OF COPYRIGHT CLAIM          **Skip section 4 if this work is all new.**

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Script/Screenplay
- Preexisting music
- Preexisting footage
- Preexisting photograph(s)
- Sound recording
- Production

- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Jewelry design

- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Computer program
- Editing

- Translation
- Compilation
- Other

**4b.** Previous registration(s)   Number _____   Year ☐☐☐☐

**4c.** New material included in this claim *(The work contains new, additional, or revised material)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing
- New narration
- Additional new footage
- Revisions/additions to script
- Production as a motion picture

- All other cinematographic material
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text

- 2D Artwork
- Photograph(s)
- Jewelry design
- Architectural work
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement

- Artwork
- Translation
- Compilation
- Computer program
- Other

Other:

# 5 RIGHTS AND PERMISSIONS CONTACT

First Name                    Middle                    Last

Name of organization

Street address

2

Street address (line 2)

City

State

ZIP / Postal code

Country

Email

Phone number

*(Add "+" and country code for foreign numbers)*

# 6 CORRESPONDENCE CONTACT

First name *

Middle

Last *

Name of organization

Street address *

Street address (line 2)

City *

State

ZIP / Postal code

Country

Email *

Daytime phone number

*(Add "+" and country code for foreign numbers)*

* Complete either 7a, 7b, or both

# 7 MAIL CERTIFICATE TO:

7a. First Name

Middle

Last

7b. Name of organization

7c. Street address *

Street address (line 2)

City *

State

ZIP / Postal code

Country

# 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

8a. Signature

8b. Printed name

8c. Date signed

8d. Deposit account number

Account holder

3

**9**   Note to Copyright Office (Optional):

**10**   Special Handling (Optional)

Complete this section only if you are applying for special handling of the case. The Application must be certified for Special Handling by the author/claimant of exclusive right(s), or by the authorized agent of any of the preceding.
**Warning: The special handling fee for a single claim is $760**

Special Handling (The information requested below is required for Special Handling claims) ☐

**Compelling Reason(s) (At least one must be selected)**

Pending or prospective ☐
Customs matters ☐

Contract or publishing deadlines that necessitate the expedited issuance of a certificate ☐

I certify that I am the author, copyright claimant of exclusive rights, or the authorized
agent of the author, copyright claimant of exclusive rights of this work. ☐

Explanation for Special Handling:

This is the place to give any comments/instructions regarding special handling specific to this claim.



# COPY OF PENDING E-DEPOSIT

# SR1-1006528651

**\*\*\*Note:** please note that deposits submitted electronically bear no identifying marks

Training Session: What You Need to Know About Islam—Base Theater

On Christmas Eve 1994 we were having a Christmas service for the kids, in the evening. That's where you know all the kids get on the stage and do their little recitations and you got more cameras than a Senate confirmation hearing. All the parents show up and they're videotaping everything and that morning I was trying to preach and I couldn't get it across, I couldn't do it because I couldn't stop coughing. I couldn't get it out my throat and I finally told him, my chairman of deacons who would become my father-in-law.

I pulled him aside and I said, "Pops, I can't, I can't preach. I can't stop coughing. I need to go to town. I've got to get some cough syrup." He said, "I got some in my truck." Only a few of you know what that means. I imagined he'd come back with Robitussin. He comes back with a mason jar. "What is this?" "Never you mind boy, never you mind. Just hold your nose and take two good gulps." Looked like water. Who knows what it was? Could somebody please write a book to explain to us from the North who don't know what this is? So he said "Hold your nose." So I hold my nose and I gulp it down hard. Finished it off in two good gulps. It took care of my cold. At least that's what they tell me. I remember nothing. My wife says I was dancing on the stage like Rick Flair. I was, "To be the man you've got to beat the man." Misconception, you understand that … How many of you have already been in country? Many of you already know that we live and die by misconception. Just as I only understood American culture by what I'd seen on television so do to most Iraqis who only get their television from controlled sources.

Even still, even though there's freedom about. We have misconceptions about you. Much of what I do is because there's so much misinformation. I spend half my time debating in formats, debating Muslim Ulema with scholars, or debating Imams with the pastors. I spent most of my time cutting through cliché. There are certain things about being in-country that I wish somebody would have told me about coming to America and that I wish somebody would tell you.

Probably the largest and most gaping difference is the fact that the vast majority of my people are thrilled by what you have done and brought to us. My father had more than one wife at a time. As you know the Quran says of four, you're allowed up to four wives. My father had three. I have sisters, half-sisters who are learning to read because of what you have brought to us. I have got cousins who voted for the first time because of what you brought to us.

There's some tree-hugging, whale kissing, crystal carrying, Birkenstock wearing, Grateful Dead following, Jane Fonda spouting nut tells you that we are all just anti. Please listen to me very carefully. There is a huge contingence of my people who are tasting freedom for the first time because of what you have done. I'm thankful. Written on the wall of the mosque in Kabul. Do not teach the women to read and write. You have let my sisters read and to be trained in literacy for the first time.

Democracy is like crap out of a bull. You cannot put it back in. Once you've allowed it free, it's there. I learned this because they took me for a run through a field once. Those weren't anthills. You watch us on television, you hear us speak and there are some misconceptions that I

want to cut through. The first one being unbelievably thrilled by the fact that you've given us the freedom to believe or not believe in anything. Yes, I am a Christian. I'm an actual believer in Jesus Christ as Lord. But you see, you've also given us the freedom to be anything.

You've given us the freedom to think for ourselves. See belief that is forced isn't belief. Belief that is coerced isn't through faith. The one great exponent of America is the freedom to think and rationally believe and reasonably consider for yourself. You brought this to us. Oh, you have exported Americanism A: we want Americanism. You won't see anybody walking or getting in line to go to Makabul. We are coming to your country. Nobody is going to Canada either.

I am in Canada four times a year. I don't understand Canada. Every time I get protested, more and more of my protestors are these crackers, these white guys. I can say cracker. I can make fun of all of y'all. Excuse me, why are you always picking on Canada? Because our Salvation Army could kick your ass if you wanted us too. You still carry weapons. What are we going to say? Stop, or I'll yell stop again. Please don't release this to Dr. Falwell. I will so get hammered over this … Point, American Islam is not worldwide Islam.

After the bombing of 9/11, the Pentagon, World Trade Center Towers, I began to see these exponents come on television with the letters after their names speaking. They would say, "Jihad is not a founder of the Quran." Number one, that is a lie. You know that's a lie. Number two, they would say we want peace. In 1,300 years of history we've either fought with each other or we, meaning Muslim against Muslim or we fought with the common enemy.

I want you to look very carefully at my face not because it's worth looking at. This is a face of the declared enemy. I wasn't just a Muslim. My training in Madrasa was three generations deep. My father was a Jihadin, my grandfather was a MuJahadin. Welcome to my world. Coming to America, I did not wear jeans and pants as I wore. I wore my robes. There are two types of Turks who come to America. Two. There are the ones you see on television and then the devout ones.

We came in full gear. We came only spending time with the other Muslims because Sudafied teaches, take no friends from among the Jews and the Christians for you bring their condemnation upon you. This was my training and this was my raising. Then there's the church that you see. '70s night. or the guys with the shirt opened to the navel. Silk, gold chains entangled in the chest, tight polyester pants, one eyebrow slicked back, pants so tight you can actually see the seam split the mangina. Did you really think I was going to talk like a professor?

I'd do anything the Commander says. Point; that is the caricature. The rest of us who came here, we came here devoted and devout. For those of you that were raised in the churches, you know how we build churches. We gather all the people together; we say we're going to raise the funds. We raise the money; we put up a thermometer or some sort of a thing to show the advance of the money. We build it from within. But every mosque in America is built with external money, Saudi money.

2

My father was an architect. So we came here to build mosques as missionaries to you. Again, welcome to the face of the enemy. In 1978, Ayatollah Khomeini said we will not stop until America is an Islamic nation. Not all Muslims believe that, but a good number of us do. Let's just say for the sake of argument that only 1% do. Great. That still gives you 16 million combatants at the formidable foe. Let's just say for the sake of argument only 1%. It's still worth considering. They are not terrorists.

We would be offended if that were. They are devout. My training and my Madrasa Istanbul. My training and my Madrasa in Cairo before we came to America. I was taught that you hated me. You know what changed my mind? Actually coming in contact with you. There are things about my culture that you have to get used to I guess. It's unbelievably hot and we act like it isn't. For those who have been in-country, we are not people tied to time. We are not a people who really appreciate 0900. We show up 09ish. We do not plan and organize well.

Five times a day we stop, drop and roll. Because when the man climbs into the minaret and begins, hey, we do our prayers. When the one does the calls foreign language we stop and we live with the misconception that you are here to hate us. Do you know what reached me? You. Misconceptions continue. You see us and you hear. Five pillars of Islam, Abinadab, Salat, Sawm, Zakat and Hajj. In summary, Islam can be outlined this way.

There is the kalima; the creed, the moment you say, "There's only one God Allah and Mohammed the prophet." There is Salat, Sawm, Zakat the alms giving and you will see us especially in Iraq some much more than just the $1/40^{th}$ of our income 2.5%. You see us praying and fasting during Ramadan. We don't even drink water or swallow our own spit and you hear of us doing Hajj, the pilgrimage to Mecca.

I can summarize for you much more easily because it shows a little more with desperation with which we live. Sura 23 of the Quran versus 101 and 102 says we live and die by the scale. Verse 103 says if we do more good than bad we go to paradise. So from the moment you are born, from the moment your father whispers shahada in your ear. From that moment every word and every deed, every motivation, every desire and everything that we do, either it goes on good scales or in bad scales. At the end of our life we have to be 51% righteous to make it into paradise.

Now I tell you this because you see in times of Ashura. Has anyone remember Ashura in Iraq. It is when the Shea commemorates the death of Husain. We do so by cutting our foreheads and as the blood pours we lament the fact that we weren't there to defend the grandson of Mohammed. Who was it that killed Husain? Who was it that we lament that we could not defend? The Sunni. The Shea laments the fact that they could not defend an Ashura.

You will see them walking self degrading slamming themselves. You will see them cutting, you will see them doing this and crying out as the women are pounding. Why do we do this? Because we believe that we would shed our blood for Husain. It's the enemy that no one ever speaks of. It's the Sunni. You see there is a component in Iraq. There is teaching that you see on the news that they don't talk about the component of Sunni versus Shea. Shea versus Sufi.

3

All of them against Ali Wakhabir. I know that your training has talked about this but may I summarize it in a little different manner for you? After Mohammed dies, he didn't leave marching orders. He didn't leave a command order. The argument became who takes over? Is it going to be Abu-Bakar? Is it going to be Ali? One group said it's got to be Mohammed's best friend, Abu-Bakar; his buddy. The first convert. Since his conversion in 612 he's been beside Mohammed for 20 years.

He was his father-in-law because Aisha his daughter had married Mohammed. Could it be his bestfriend? How about it is his blood relative the one who married his daughter? Ali married Mohammed's daughter Fatma. That way they would be a blood lineage all the way down. This split, split Islam. On the one hand you got everybody who was the follower of Abu-Bakar who was the follower of the way; the Sunni. On the other hand the followers of Ali, the Shea Ali, Shiate.

That split from 632 exist to this day. You also have the Sufi. The Sufi are, if I may use the phrase, they are the charismatics of Islamic culture. They are the ones who believe they are very mystical. If you've been to Turkey you understand the Sufi. The Sufi believe that by releasing your mind and coming into union with Allah, that only by releasing your mind that you find peace. We do all kinds of things like a tropic wave to release our mind.

One thing that Turkey has given American culture, since Turkey is horrible, we've given some horrible things. We have horrible human rights record. We are universally hated. I've had people both Muslim and Christian go, so you a Turk. We have it coming. One thing Turkey did give you, very strong coffee and number two the hookah. You do not know what hookah is? It's the bong. You're welcome. You don't know what it's like as a young boy to see your mother; Alkun, bring me the baklava. Grandma has got the munchies.

See nobody talks about these differences and it is inherent in these differences that you see much of the fighting. You see much of the arguing. We fought against each other and in 1,300 years of history since roughly 632 through 732, we've either fought a common enemy or we have fought each other. In other words you just got in the way.

In the '80s it Iran and Iraq pretty soon it will be Pakistan and India, Lebanon and Syria. We're much more comfortable fighting each other. Turkey versus the Curds, the Curds versus the Iraqis, the Sinic triangle versus the Shea in the South.

80% of Iraq as you know is Shea. Only 20% or less are Sunni. In the midst of this you came to give us one thing that can unite us other than war, freedom. Three times in Islamic history we have been united, three. Once against Charles Mortel, the grandfather of Shalomania . Second time under Saladin and the crusades, third time February 23rd 1998, the signing of the Faqwa by Osama bin Laden, Fazul Rahman Al Bahiri .

Other than that we've fought against each other. We always unite when there is a common enemy, a common iblis, devil, shaitan, Satan, that's you. What is the one thing, what is the genius of what you've done? You've united us under something else. Freedom, it is an

astonishing thing for me and I go in-country about twice a year. It is an astonishing thing to me to see a woman completely covered in a burka next to a woman dressed like a woman in Istanbul in high heels and tight shirts. The one thing in common is they're talking on cell phone. They are talking about movies, you see the genius.

You have educated us and given the freedom to think and given us the one diversion we've had for more. The one thing that can unite Muslims. Is it going to work? I think it is the grandest experiment of all. It's the only hope for the Middle East. Is it worth trying? I've often said that the reason we're fighting now is because we did not in 1990 complete the task. Saddam Hussein, can you imagine walking around having been spanked.

He was beat like a narcotics officer at a biker rally and yet he walked around like a war hero. What was he saying, "I withstood the attack of America and I am still standing in Muslim." I say now we're back there. What is the one thing to keep the cycle from happening? You. You are fighting so that your sons and daughters won't have to go back to the same region again because again you have brought us the one thing.

I'm amazed that one of the other misconceptions that people often have is that Muslims are all so devout and all so knowledgeable and when I run into Muslims who are very peaceful and my friends the answer is yes. It is one thing to say is Islam peaceful,  it is another thing entirely to say are Muslim's peaceful. There are peaceful Muslims. You understand that you probably know more about Islam than the vast majority of my people?

We have them here in America too. Not Muslims, I'm talking about in the Christian community. I've happened to be a Baptist. Once a year these little Baptist bunnies pop out of the closet to come to Christmas or Easter service. Casual, convenient, comfortable, occasional.

We have them in Islam as well. They follow what we call Fuq Islamic teaching. Mixed with superstition. Let me show you what I mean. My mother-in-law, she is from North Carolina as well of course. My mother-in-law on the day that I asked her daughter's hand in marriage, made a little joke to her father about the wives. They were going to have a meal for me. They take me out into the field and they said, "You like chicken?"

Anybody who's a Baptist knows I'm sick of chicken because that must be the gospel bird. They eat chicken all the time. Chicken everything. I like chicken. I get tired of every time in a church function they get chicken. This day was different.   As we walked into the field. She grabbed a live chicken, took it by the neck, popped its head off. How many have done this? Really? It flopped around. Those of you who've done this … I have nothing against it. I'm a carnivore. Don't mistake me for some vegan.

I represent tree cutting. I represent meat eating, gun toting people. I'm not a vegan. It's the reason I don't fish. My father-in-law fished in Swansboro. He said, "Boy, get a picture, get a picture over there. That's a good place you're going." I said, "Yes sir." He said, "I fished out there." I said, "I'm sorry sir." Fishing to me is redundant. Why fish? Why don't you just go to a place where fish is already caught? That's what the food line is for.

If I'm hungry for a hamburger I don't go kill a cow, I go to where the cow has already been patted out and made into a White Castle hamburger. She killed the chicken in front of me, plucked it, cut it into pieces, bleeding it, she starts fixing it. And while we're sitting around and talking and eating this thing,  which was hard for me. Anybody from the North who's ever eaten a Southern meal, it takes some time to learn, does it not? Just like it is for the Southerners to get used to calling pizza, pie.

We all have things to learn about one another. They fixed something called greens. You guys like greens? If you don't know what greens are, here's what you do, go mow your yard. Take the lawn clippings and pour them into a pot, boil them for about six days, put the bone of some unsuspecting animal in the pot. The purpose of that bone is to trick the carnivore into thinking that there might be meat in there. Lumpy glue, called grits. Boy, you don't know, you just don't know.

I can hear every one of you saying the same thing. I'm happy not to know. Hominy. collards; my wife says she can tell the difference between all different kinds of greens. Collards, you say Collards. Don't make fun. Collards. She even eats mustard greens and dandelions.  Her uncle uses dandelions for something else. Making some type of communal drink.  I'm going to say it that way. While we were sitting around talking, eating this chicken that had been freshly killed, she says, "Boy, you believe in henk?" I said, "I don't know what a henk is. What is henk?"

Who knows what a henk is?

Goat. I said, "A Goat?" She said …

Was bootcamp difficult with all having to wear shoes and such? Just kidding, I'm sorry. What do you mean? I said, "I don't know what henk is. I've never heard of henk. Goats; yes I know what goat is. Misconception; In Foq Islam we mixed together mythology with Islam. Let me show you one of my favorite misconceptions, that we're always angry. We're not. We're passionate. You've been to the bazaar, yes? You've been through the what you call flee market, yeah? Come on.  You passed us. We were trying to sell something to you.

We're just standing there with our little thing, our little trinket and you look at it, you just keep walking, right?.  GI, soldier. Don't you call me soldier. I'm a marine. I learned that. Joe, Come here. How much for this? I'll give you dollars; I'll give you a buck. This has been carved with the hands of dead man, great passion. You say, "I'll give you half of that." "You are taking food out of the mouth of my children." "How much for this piece of junk?" You start walking away. What do we do? "Come. Because we are friends, yes?. Hook me up yes, hook me up yes? Drop"

They think we're mad. We're not mad. We're passionate. I married a woman from the South has never, she has never, my sugar bear has never raised her voice. Southern woman will not raise her voice. She will carry a grudge for 30 or 40 years until there's a body chopped up and found in a well somewhere. Misconception; I would say, "Pass me the salt, PASS ME THE SALT." "Why are you yelling?" You may get to my country and think everybody is mad.

6

First time I was on the phone, I was telling one of my groups this earlier, back into my Turkish thing, I try to be Americanized. I work really hard to be Americanized. I'm on the phone, I was talking, and I needed a pencil. I said, "Woman, …" All I saw was the neck swivel. "Did you just call me woman?" …

What made me American, what made me want to be an American was seeing America. What made me want to be a buckeye, was seeing what he hated. I knew that would just be a local thing. That's how we break misconceptions. With that I get to thank you, I get to thank you for defending my people. I get to thank you for freeing my people. Every time you see some nut job carrying a sign,  looking like an idiot, screaming at the top of his lungs. I tell them don't you remember and don't you ever forget.  You have every right to carrying that sign, but the reason you have the right to carry that sign is because men and women have shed blood on foreign soil to give you that right to look like an idiot.

Come to my country and carry that sign and see what happens. String you up by your thumbs and beat the souls of your feet till they're broken. You have a right to look like a fat idiot or translated into my language.

As you enter into in country, you walk in to a declared a declared Jihad.  Jihad; there are two sides. The ones you hear on television, they speak of personal holiness.  This means Mohammed coming back from the bottom said that the Muslims were bragging about winning this fight against the Catholics. He said, "You must worry about your own Jihad. Your own personal acts of holiness, your struggle and war within your own flesh."

However, the corporate jihad is called jihadasca, Hajj jihad. For the entire strategy of Islamic history, jihad has been declared by the Karafat. The Karafat fell in Turkey when became the president after World War I. This really bifurcated Islam. It split us into thousands of pieces because when you hear Bin Laden speaking, he will often refer to us as crusaders. But he will also say that for 85 years we have not been with one voice.

That is the destruction of the Kalafa. Up until the fall of the Kalafa which means the Khalid from one to the next like a Pope to the Muslims. After the fall of the Kalafa, the people who've declared jihad are regional and I've shared with some of you. The 24 tribes in Iraq are more important than the sections and the triangles, because we are more loyal to our tribe. Mohammed was a Cadashia tribe. I was a Kurdish tribe. We are more loyal to our tribe. Your tribal Imam has the right to declare a jihad but the power of that jihad is only limited to the number of people who are under him.

If I may use the Americanization of church. Let's say for the sake of argument that your church one day your pastor says, "I declare war on all Methodists." Technically everyone who was a member of that church is now at war with the Methodists. The problem is that his power is only limited to the number of people who are directly responsible to him or answerable to him. The most effective fatwa, and a fatwa is a declaration of holy war. Jihad is the action of the holy war.

7

A fatwa is the legal document. A fatwa is not just holy war. A fatwa is a religious ruling that has legal binding contractual obligations. You sign a fatwa with the larger scope. Say it's not just my church but say all churches, we all unite against the bowling alley. The reason is because they bowl on Sunday's and we don't like that. We so unite. Now you got a larger group. The most effective a fatwas in history has been signed by Mullack and . . . the equivalent of a bishop ...

For instance in holy war, he would get behind children in the day care center, live on television. Because he can be anywhere. There's no difference between civilian and combatant in holy war. There's no distinction between what we call holy days, where it's off limits. You have to deal with this of course. Undoing the possible would mean a declaration of a holy war against those who declared holy war. Here's our hope for Islam, and by the way, I have great hope that Islam, my people will reform but it's going to have to take a moderate voice who says; we abandon the principle of jihad.

The problem is every time a madra rises up and speaks, she is put to death or is shot by other Muslims. Pukal, in Indonesia. They are shot by their own kind who say that they are traitors. I've heard Muslims who were debating me in St. Louis who said, "Sadat, he was a traitor. He shook hands with the unclean." Meaning he shook hands with a Jew.

To undo a fatwa would mean a declaration against those who declared the fatwa. In a way the triangulation strategy that we have in Iraq right now is starting to see that effect. We are more and more out of the picture and they're more and more in the picture. Now you're seeing Sunni/Sher. This will become more and more.

Like I said, we're more and more out of that anti peace because what we've done is we're seeing those who are trying to establish democracy and those who have a vested interest in the destruction thereof hiding against one another. Other questions. Yes sir?

He asked the question about why is the Quran the foundation? It's not just the Quran. The Quran supposedly came to Mohammed on his 40th birthday. He rolls on the ground roaring like a camel, foaming at the mouth. That's what his wife said of him. When he comes out of this vision he said, a seizure, he said, "I'm receiving visions." He did not know if they were demonic or divine. Khadija his wife said convinces him it's divine.

It's the beginning of the Quran. Looks very big, it's actually not that big. It's about 114 chapters. In this collection there are the teachings that every word of the Quran are supposedly the words of Allah. There's also a collection called the Hadith. This is a term you will hear in Iraq often because there are four different collections of the Hadith. Albu Karis Hadith. The Hadith are not the sayings of Allah. They are the words, saying and protocols of Mohammed.

The Hadith and the Quran together form the constitution of any country in the world that calls itself an Islamic republic. It's so explicit that it's down to ... they say Islam is not a religion, it's a way of life. This is true. To how I pick up food, how I shake a hand, how I approach your house from the East, how I sit, how I stand, how will do Wudo; my cleansing, my ablution

8

before I pray. All these things that we are explicitly taught becomes a foundation for our personal ethic.

On a corporate level the law of theocracy is this ... A theocracy exists wherever the religious leaders become the final say in legislation and where the laws that are sin or non-sin Shirk in Islam is a Shirk become the legal rules by which a country operates. You cut off the hands because of a thief; you cut off the tongue because of a liar. These things come from the Hadith teaching. For instance when I became a Christian, my father disowned me. Here in America for some you that would be horrific and it was. I'm not discounting that at all.

It is an act of mercy. The Quran teaches what should have taken place in my life. Hadith volume 9, number 57, 'Anybody who changes his Islamic religion Mohammed says, "Kill him." If you ever see where we are buried in our burial cloth, if you've seen an Islamic burial, when you're buried in that burial cloth, the white cloth is taken up, you're buried up to your waste and stoned to death for the sole crime of believing in something other than Islam.

I tell you this because there are some things that you will see and I think one of them mentioned the burial rite that was so odd to him. Burial takes place within 24 hours. We do not do autopsy or anything like this. I have to say, in the American culture you guys have to way too much time on your hands for burial in that being a minister I had all these casket things and they sell you on a casket. You need one with an air conditioning and CD player or whatever. If you really believe what you believe you're not going to be there very long.

We do not believe in those things. We're buried within 24 hours in a cloth. All these protocols are found in the Hadithi teachings or the example of Mohammed. It serves as a constitution but larger it serves as an argument for law. For instance, in a court of law in any Islamic country including Iraq where you will go, it takes the testimony of two women to equal that of one man because Mohammed said of a deficiency of a woman's mind. In a very legal sense, two women must take the stand to equal the testimony of one man.

It continues. We really pride ourselves on not changing from when the days of Mohammed. The theocracy serves more than our constitution the bill of rights. There's no bill of rights. Sir?

The Quran is explicit as well Sura 385, Sura 4101; the infidels are open enemies unto you. Sura 929; seize them and slay them where you'll find them. Traditionally, men are the only ones who fight Jihad. Men are the only ones, traditionally, who fight a Jihad. What does the man get? 72 perpetual virgins by the way. They're not ... They deflower them. They go back to being virgins again. You spend eternity deflowering virgins.

Mohammed explained it in very graphic terms of pomegranate swading , the Apples, the beauty, the rivers and the couches made of gold. The man is given this. Let me ask you a question. Are you only facing male combatants today? No marines, you're not. There are women. Let me ask you the question. Nobody asks this in the media but I love to ask it. What does a

woman get? Think about it. You tell a woman, if you die you've got 72 perpetual virgin men waiting for you.

That's not heaven. That's annoying to her. For an eternity of would you leave me alone? Go play basketball. Do something. What does she get? According to the Quran, nothing. According to the Hadith a female combatant before she dies is allowed to name the one who will go with her to paradise. Who does a woman die for? Child, loved one. It is explained militarily why there is no secret to when somebody does the Jihad. You realize the protocols of Jihad found in book 52 of the Hadith call Jihad fighting for Allah's cause.

You could find them online. Just type in the word Ahadith or Hadith. When you do so and you come into book 52 of the Hadith, read it. Where it says, fighting for Allah's cause. Read that the woman is allowed but you must follow the protocols of Jihad. Every Jihad must be declared, that's the signature you heard me talk about it. Every active Jihad must be public. I remember back around Christmas of '01 everybody's terrified of anthrax wouldn't even eat a powdered doughnut because we're terrified of powder of all kinds. That was my Jihad. I knew that was my Jihad because it was secret.

Jihad must be declared. You must be proud. That's why there are seven groups that take credit for every bombing. You must declare that we have done this. How do you differentiate between who did and who didn't? Who declared before it happened? You must declare and it's why we release video tapes now. It used to be in city square where you stand in the square and you declare yourself. I am now to be a Jihadin. In the Shea world you wear the white Gafia.

A white head dress, the white Cap, this is not absolute because they know you're looking for it now. If you see one wearing the white cap it supposed to be a sign that he is taking the declaration of death. When I came to America in 1978, I ran into the first group I'd never seen a nation of Islam person. As you know Farakan they wear the white Gafia. Some walking in New York City and all the white girls, I was like, "It's about to go down here."

That was just a color they had chosen. For the females, she gets the promise of, she must declare before she dies that I'm now dying and I am declaring that this person will go with me. It is the only doctrine of atonement that Islam offers. Somebody else dying for us. We all believe in our own blood, everybody believes in blood. In Islam we believe our blood is dying for ourselves is giving our blood for ourselves.

Do you understand the desperation involved there? We believe that by shedding our blood we find the one thing that we cannot be assured of, forgiveness, hope and peace. There are no shortage of people willing to get in the back of the truck to Mount Jordan and drive to Bagdad because it's our only hope. Yes sir, my friend.

Wonderful question about the nation of Islam. There are two nations of Islam. As I said I didn't run into them until '78 when we came here to America. There are two nations of Islam. The first nation of Islam when it was all united it split at the death of Malcolm X. Some would say at the

hands of Alhaj Mohammed. When Malcolm made the pilgrimage to Mecca nation of Islam didn't start in Saudi Arabia. It started in Detroit Michigan.

Timothy Drew became Timothy Drew Ali and then Elijah Pool became Elijah Mohammed. It started as a 5% movement that the black in America wanted 5% of America's land to start their own nation. Then they adopted Islamic words and so when we would come here Sunni, Shea whatever we would say. I don't know this, what are you speaking? Some of them as we joked would be part time Muslims. They didn't eat pork on weekends.

Through the week they did and we'd say they don't seem to be really committed. When Malcolm made the pilgrimage, he came back devoted. He went to the rest of them and said, "We will submit ourselves to Islam here." They submitted a significant portion of the nation to Sunni Islam here in America. There did remain the split between Elijah Mohammed and Malcolm between this.

This split maintained the political wing that still exists that quite frankly Muslims we just don't recognize that as an Islamic movement at all. The ones who were nation are now Sunni. Yes sir.

A declaration of winner is very difficult to ask. Yes how do we know the end of it? There is no, a declaration of jihad unlike a just war criteria, there is no end. You do not find us saying we will stop when. It is eschatological. That means it's prophecy. Muslims believe Jesus is returning. They believe that Isa will return, land on the Mount of Olives. He will do three things, kill all the pigs, break all the crosses, and kill all the Christians and Jews who don't believe in Allah.

He will only come when he is ushered in when the world has been made Islamic so this jihad has an eschatological component. What I believe can end this is when Muslims who would rather have peace rise up and take control of their own countries and movements. We see it. We are now seeing it in the countries that you're serving. They are embracing democracy and allowing you to just disbelieve or believe what you want.

That is a tremendous hope. As far as the end of a fatwa, fatwas remain open ended. Yes sir?

That's the devote Muslim's view. Yes sir, he's says are you saying that they're saying that it must be until the whole world is Islamic, yes. That is the devote Muslim. Remember not everyone is devout. 1.6 billion Muslims we have Foq Islam, we have Muslims who are part time. They are casual. I would say to you that I have more hope now as far as for instance as far as us getting out of Iraq. There is a greater hope now that it's going to be shorter depending on how strategy operates than I did six months ago.

We are seeing ourselves out of the equation of the fight. As you train the forces of the Shea forces and Sunni forces, you are actually seeing Sunni who are now in part of the government.  You are going to see Sunni in favor of the government and then insurgents become

defunct. Quite frankly even if they're not defunct they're not angry at you anymore. They have become angry at the Iraqi constitution and at the Iraqi democracy.

We have devalued it by going, I think this is brilliant. What we have done, we I say you have done is you have found the one solution to this that didn't involve a religious holy war. Make no mistake, for us, you do not see this as the holy war. My people do. We see America not as a great Jew political super power, we see America as the Christian 'nation'. There was a religious component to this. Thankfully that is not always the case. There was a hand in the back, yes sir.

How does that factor in being a religion of peace and yet we have these deaths. Whenever in a debate with a Muslim, most recently Texas Tech University home of Bobby Knight. In this genre in Lubbock, Texas_ the Imam that I was debating said, "Islam is a religion of peace." I said, "Wonderful. Look into that camera." Because it was being taped. "Look into that camera and declare that the jihad was not of Allah. Call Muslims to lay down their arms."

They could not. They can't condone the bombings, they can't condone the actions, but neither can they condemn them; because to do so means if you condone it we all as Americans rise up against it. If you condemn it, Muslims worldwide who know what jihad is. I think part of it is authenticity. It's the willingness to say, "This is true. We know that jihad exists. We also know that it can be defunct."

When they say, "It's peaceful." Say, "Great. What do you do to a Muslim who converts to Christianity in your country? Can I come to your country and preach Buddhism? Can I build a new synagogue in your country?" "No." "I thought you said you're peaceful. What happens to a woman if she is raped in your country?" Honor killing is her being put to death by her own family even though she was a victim of rape because she has brought dishonor to her family.

I ask them, "What happens to the woman who was raped. Do you go after the perpetrator?" If you ask enough questions you're just using simple Socratic reason, you will find that they are in a tough spot. I'm telling you there are Muslims who do want peace but they are in a tough spot because they are in a minority and they will have to abandon some of the things that has saturated them for years to do so. Yes sir and then I'll come to you sir?

Wonderful question because we think in terms of our culture. We think in terms of the American army versus who? Who is the best, where are the borders, and where are the boundaries. Jihad crosses borders and boundaries, Lebanese, Jordanian, Syrian, UAE, Qatar; you really have Umin, Sudan. You have these groups that are defined by the sect and tribe as opposed to the country. I have heard and this we hear constantly. I being Turkey and coming to Iraq.

I've heard Iraqis say this is not us, these are the Sunni who are coming from other countries and they very well could be. Part of their solution in the new government is going to be a strategy of immigration. Establishing a reasoning for immigration. Are you coming here for good reasons or for bad reasons? Again this is a Shea versus Sunni issue and then you have

subsets of Sunni. Wahabi is a subset of Sunni. The 12th Imam are a subset of Shea, so you have Hezbollah and these variant groups that are subsets.

If you can cross that perhaps you can end a lot of the insurgency and a lot of the fighting. That is a very valid point. I think that is a fair question and I think a fair understanding. They have problems with immigration. I became an American citizen, stood up, took the vow, and came in legally.

We got stopped at the border because my father had listed my mother as property. True. The guy said, "Your wife is not property." He said, "Of course she is." Then he brought his 'sisters', his other wives. That's how we bring in our other wives into America. We call them our sister. You really have this struggle … I'll tell you something else, if you don't think that we're coming to marry American women, you're wrong.

A woman if she marries a Muslim man even if she never enters the mosque, if she signs the Nakaal, the Arabic document, she is a Muslim. We see it as biological. We say when Islam is the fastest growing religion in the world, it is biological. We have 6 children per family. For the rest of you, that is a call to go forth and procreate. We had all this teaching about the sectarian my father said marry an American, sect he didn't care.

He said marry a blonde because there are very few blondes of Muslim. It was difficult for me because I didn't know that they were blondes by birth and then blondes by choice. I was exposed to this; they would do the coloring of the hair. It was nonsectarian thing with the enemy because they're considered totally but they're sectarian in our group. Sir, you had a question?

Wonderful question. He said how is it that we believe in Jesus? The best way to understand Islam is to understand it as medieval Mormonism. Everybody else says, "Islam, they are sons of Abrahim." Everything that Joseph Smith and Bergen Young did in the 19th century; Mohammed did back in the seventh, sixth. Mohammed took stuff he was exposed to and just changed story. I will give you a great for instance, for those of you that are Christians and study the Bible.

One of our celebrations is called Id-al-Adha, it's at the end of Ramadan. It's a commemoration of Abrahim, Abraham, going to the top of Mount Moriah to sacrifice his son. Takes the knife, gets ready, plunges it down to kill his son because Allah told him to do so and at the last minute Allah provides a ram in a thicket and saves the life and they take what they want, take the portions that they want.

I simply give that to you as an intellectual exercise. You will hear Muslims speak of Isa and say we respect him. Don't enter into theological arguments with them especially in the country. I think the best thing to do if you ask questions and go, "Really." When he said he was god, what do you think?" It open up a dialog where it's not declaring Jihad on you. What is your name? We need to spell it for the Hold on.

I think what has really been overplayed and overblown is this idea that we have offended. We have not offended. I think that the training you've received … I was living in Turkey, the

"We're the occupying force. Listen you fat pig, do you understand that you have every right to make whatever movie you want. I love fantasy but I look for hobbits underground. Your documentary thing purported to be real when it is much more fantasy than it is true." "Just prove it." I pointed out six things that he taught that were wrong. One, he had a Muslim who was screaming in Arabic and he had it made look like they were singing against America when in fact he was screaming against the Sunni.

He was a Shea protesting the Sunni. Then he had another woman who was weeping and crying and saying, "We're exploiting America …" In fact she was a Christian woman in Iraq whose husband had been killed by the Muslim. I said, "Are you going to change those things in the movie?" "You fat pig." See, you understand I like to argue. I get paid to debate. Doesn't bother me. What bothers me is when people swallow what he said, hook line and sinker.

I said, "I did what I did because I find it disingenuous. He has every right to have every opinion he wants. But see, America has given me many things. America has given me my education, America has given me my freedom, America has given me the right to marry as I wish without being forced or being arranged. America has given me the right to move as I wish, to whatever State I want to move in, to live where I can, to live where I want. America has given me the one thing that I could not get in Turkey and could not get anywhere else, ham.

Thank you.



# *COPY OF E-APPLICATION*

NOTE: The attached Application Report is a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as **TRAINING SESSION: WHAT YOU NEED TO KNOW ABOUT ISLAMAC O-CLUB** service number **SR 1-1006532048**. In the course of the Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report. Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate. Amendments may also be reflected in the correspondence records associated with an application.

The attached Application Template is meant to reflect the fields that are available to be populated in the application process. The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted. Rather, the purpose is to portray, and in a general sense explain, the fields that may be populated in an online application.

# *-APPLICATION-*

## Title
**Title of Work:** Training Session: What You Need to Know About Islamâ€"O-Club

## Completion/Publication
**Year of Completion:** 2005

**Date of 1st Publication:** April 5, 2005          **Nation of 1st Publication:** United States

## Author
■          **Author:** Ergun M. Caner

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Ergun Caner

2648 FM 407, Suite 240, Bartonville, TX

## Rights and Permissions
**Organization Name:** Gibbs Law Firm

**Name:** Dustin  Gaines

**Email:** dgaines@gibbsfirm.com          **Telephone:** 727-362-3700

**Address:** 2648 FM 407, Suite 240

Bartonville, TX 76226

## Certification
**Name:** Dustin Gaines

**Date:** October 14, 2013

**Registration #:**

**Service Request #:**   1-1006532048

**Priority:**   Routine          **Application Date:**   October 14, 2013 10:09:26 PM

## Correspondent

**Name:** Dustin  Gaines

**Email:** dgaines@gibbsfirm.com          **Telephone:** 727-362-3700

**Address:** 2648 FM 407, Suite 240
Bartonville, TX 76226

## Mail Certificate

Gibbs Law Firm
Dustin Gaines
2648 FM 407, Suite 240
Bartonville, TX 76226

# APPLICATION TEMPLATE FOR COPYRIGHT REGISTRATION

**\* Designates Required Fields**

## 1 WORK BEING REGISTERED

**1a.** \* Type of work being registered (*Fill in one only*)

☐ Literary work    ☐ Performing arts work
☐ Visual arts work    ☐ Motion picture/audiovisual work
☐ Sound recording    ☐ Single serial issue

**1b.** \* Title of this work (*one title per space*)

**1c.** For a serial issue:  Volume [          ] Number [          ] Issue [          ] ISSN [          ]

Frequency of publication: [          ] Other [          ]

**1d.** Previous or alternative title [          ]

**1e.** \* Year of completion [          ]

**Publication** (*If this work has not been published, skip to section 2*)

**1f.** Date of publication [          ] (mm/dd/yyyy)   **1g.** ISBN [          ]

**1h.** Nation of publication   United States   Other   Other [          ]

**1i.** Published as a contribution in a larger work entitled [          ]

**1j.** If line 1i above names a serial issue  Volume [          ] Number [          ] Issue [          ] On pages [          ]

**1k.** If work was preregistered   Number PRE- [          ]

## 2 AUTHOR INFORMATION

**2a.** Personal name   \* complete either 2a or 2b

First Name [          ]  Middle [          ]  Last [          ]

**2b.** Organization name [          ]

**2c.** Doing business as [          ]

**2d.** Year of birth [          ]   **2e.** Year of death [          ]

**2f.** \*  ☐ Citizenship  ☐ United States  ☐ Other   Other [          ]
       ☐ Domicile  ☐ United States  ☐ Other   Other [          ]

**2g.** Author's contribution:  ☐ Made for hire   ☐ Anonymous
       ☐ Pseudonymous   (Pseudonym is: [          ])

**2h.** \* **This author created** *Fill in only the authorship that applies to this author*
Depending upon the type of work being registered, Applicant may select various types of authorship. The options, which have changed over time and which differ depending on the type of work being registered, have included:

| | | | |
|---|---|---|---|
| · Editing/Editor | · Music | · Text of Liner Notes | · Map and/or Technical |
| · Entire Motion Picture | · Lyrics | · Text | Drawing |
| · Direction/Director | · Performance | · 2-D Artwork | · Musical Arrangement |
| · Production/Producer | · Production | · Photograph(s) | · Translation |
| · Script/Screenplay | · Remix | · Sculpture/3-D Artwork | · Compilation |
| · Cinematography/Cinematographer | · Photograph(s) | · Jewelry Design | · Computer Program |
| · Sound Recording | · Artwork | · Architectural Work | · Other |
| | · Compilation | | |

Other: [          ]

1

# 3 COPYRIGHT CLAIMANT INFORMATION

**Claimant** • *complete either 3a or 3b* - If you do not know the address for a claimant, enter "not known" in the Street address and City fields.

**3a.** Personal name   First Name   Middle   Last

**3b.** Organization name

**3c.** Doing business as

**3d.** Street address *

Street address (line 2)

City *   State   ZIP / Postal code   Country

Email   Phone number   *(Add "+" and country code for foreign numbers)*

**3e.** If claimant is **not** an author, copyright ownership acquired by: ☐ Written agreement ☐ Will or inheritance ☐ Other

Other

# 4 LIMITATION OF COPYRIGHT CLAIM    Skip section 4 if this work is all new.

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Script/Screenplay
- Preexisting music
- Preexisting footage
- Preexisting photograph(s)
- Sound recording
- Production

- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Jewelry design

- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Computer program
- Editing

- Translation
- Compilation
- Other

**4b.** Previous registration(s)   Number   Year

**4c.** New material included in this claim *(The work contains new, additional, or revised material)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing
- New narration
- Additional new footage
- Revisions/additions to script
- Production as a motion picture

- All other cinematographic material
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text

- 2D Artwork
- Photograph(s)
- Jewelry design
- Architectural work
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement

- Artwork
- Translation
- Compilation
- Computer program
- Other

Other:

# 5 RIGHTS AND PERMISSIONS CONTACT

First Name   Middle   Last

Name of organization

Street address

2

Street address (line 2)

City

State

ZIP / Postal code

Country

Email

Phone number

*(Add "+" and country code for foreign numbers)*

# 6 CORRESPONDENCE CONTACT

First name *

Middle

Last *

Name of organization

Street address *

Street address (line 2)

City *

State

ZIP / Postal code

Country

Email *

Daytime phone number

*(Add "+" and country code for foreign numbers)*

**\* Complete either 7a, 7b, or both**

# 7 MAIL CERTIFICATE TO:

7a. First Name

Middle

Last

7b. Name of organization

7c. Street address *

Street address (line 2)

City *

State

ZIP / Postal code

Country

# 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

8a. Signature

8b. Printed name

8c. Date signed

8d. Deposit account number

Account holder

3

# 9 Note to Copyright Office (Optional):

# 10 Special Handling (Optional)

Complete this section only if you are applying for special handling of the case. The Application must be certified for Special Handling by the author/claimant of exclusive right(s), or by the authorized agent of any of the preceding.

**Warning: The special handling fee for a single claim is $760**

Special Handling (The information requested below is required for Special Handling claims) ☐

**Compelling Reason(s) (At least one must be selected)**

Pending or prospective ☐
Customs matters ☐

Contract or publishing deadlines that necessitate the expedited issuance of a certificate ☐

I certify that I am the author, copyright claimant of exclusive rights, or the authorized
agent of the author, copyright claimant of exclusive rights of this work. ☐

Explanation for Special Handling:

This is the place to give any comments/instructions regarding special handling specific to this claim.



# COPY OF PENDING
# E-DEPOSIT

# SR1-1006532048

**\*\*\*Note:** please note that deposits submitted electronically
bear no identifying marks

Training Session: What You Need to Know About Islam—O-Club

I am humbled to be here and a bit intimidated to be here, to say the least for any number of reasons. One because your Commander is an intimidating man.

I am Dean of Liberty Baptist Theological Seminary, and so I do have a hidden agenda to be here in that a lot of your names are enrolled in our distance learning program. I think a number of you are. Certainly a number of the Marines that I was with this morning had talked about being part of that, and so they loaded me up before I came with all the distance stuff that they said, "Oh, you can have this stuff," and that's fine. But I have 15 faculty who depend on me for their livelihood, and they are supposed to jump when I speak. That doesn't happen. But I don't have an enforcer and I am not a Commander like your Commander is. There's a gentleman … what is his name? … I want him with me at all times.

There was a marine with his hair a little bit long, and I couldn't tell. Apparently it's perceptible only to the eye of the marine or the air corpsman. It was just a little bit long, about an inch from his face, that close, and I saw all of the color leave this gentleman's face while he was yelling at him.

I want that in my life. I would dearly love that just once. Most of the time they just laugh me off.

I was in the airport in Atlanta, Georgia. I fly in and out of Lynchburg International Airport and center, and it is the smallest airport in all of Virginia. Delta is the only thing that flies. So getting to heaven you've got to go through Atlanta. Anywhere in the world you fly out of Lynchburg, you've got to go through Atlanta.

I tell you this because I was waiting for a flight going to Montreal. I don't like to go to Canada but I have to on occasion, and I was going to Montreal, waiting for my flight, and there were some soldiers there, Army soldiers, who were standing in a corner, and I think they were getting ready to go somewhere because they were all loaded for bear.

I saw this really sweet woman, a Southern belle, that I'll explain my union with Southern belles in a minute. The Southern belle stopped and said, "Oh, I just love y'all. Honey, what's your name?" and they were trying to be very gentle and sweet with her and they says, "Ma'am," told her my name, and told her their names, and she said, "Well, you know what? I just want to thank you. Can I give you a kiss?" One was sort of stepping back a little bit and the other one said, "Yes, ma'am," and she's like this and she kissed him.

On one hand, you don't hear that often enough; second hand, it does sound a little cheesy, on occasion, I'm sure. Most of my life I spend I don't hear people say, "Thank you." I get yelled at a lot, as you will understand in a moment.

1 of 19

But when I'm standing in front of you to say thank you, I want you to understand that it comes from a visceral perspective. When I say thank you I'm not saying thank you just for defending our freedom as a country. I'm thankful for that beyond all measure. But when I say thank you there is a component to it that is a little deeper for me, in that I have a people invested in this. When I say thank you for freeing my people, I'm not even speaking ethnically. I'm Turkish, so my people are invested in this; but I speak literally, not figuratively. I have two half-sisters who are learning how to read for the first time in their lives because of what you have done. I have cousins in Northern Iraq that number in the hundreds; you know we breed like rabbits. I have cousins in Northern Iraq that got to vote for the first time in their lives.

I've often said that I've lived under democracy and socialism and fascism, Islamic fascism. In fascism you can vote, but they vote for you. In socialism you can vote, but there's only one candidate. The irony is: in democracy you can vote, but most people don't. I have the honor of telling you that my people got to vote.

So this is very visceral for me. My full name is Ergun, Turkish, Sunni, Mujahideen. My father was Mujahideen, my grandfather was Mujahideen, Kurdish Eastern Turk. I am an American citizen, I am a Christian, and I get to speak in churches most of my life or in debates. I debate Muslims and Bahai and Buddhists and Hindi and all types on university campuses. So like I said, I spend most of my time getting yelled at.

I'm a dean three days a week; I am traveling four days a week. So I get most of my days people cussing me out and yelling at me, and I would assume that that happens to some of you on occasion; but it is rare that I can actually face the people who have given me so much and say thank you. This is the highest honor that I can imagine. It is also an opportunity for me to tell you … to peel behind the veil a little bit and show you some of the assumptions with which my people operate.

A lot of it is based on misconception, and a lot of it is based on misperception. Some of it is based on assumption.

I knew nothing about America until I came here when I was 14 years old. Everything I knew about American culture I learned through American television, whatever they allowed into the Turkish region so that they could broadcast for free. So for me America was anything I saw on television that came from American television that was allowed through by the censors.

Andy Griffith was one of them, and I fell in love with Andy Griffith. I didn't understand what they were saying; there were the captions beneath. But I thought all of America was like Mayberry. I moved to Brooklyn, New York. Not a lot in common. I watched Dukes of Hazzard. I wanted to marry Daisy Duke. I wanted to work at the Boars' Nest. I wanted to fly a car. We drive like that normally, by the way. I don't know if you've ever been to Turkey, but we drive like that most of the time. A yield sign is a sign of your lessening manhood if you actually obey it. I wanted to be part of that.

I wanted to play American sports. I watched Chicago Cubs baseball. I didn't understand baseball, watched Chicago Cubs baseball. Assumed that all Americans spoke like Harry Carey. Thought the purpose of baseball was to lose because everything I was watching the Cubs play … they were getting stomped like a preacher at a topless bar.

I wanted to be American. We line up to come to your country.

The last television show that I watched, I'm embarrassed to tell you, but for the sake of authenticity I should tell you, I watched, every two weeks, for four hours Georgia Championship Wrestling. That was America to me. Nobody told me it was fake, and I thought that Americans were the toughest people on the planet. "Sir, I thought Americans were the toughest people on the planet. You got hit in there with shoes and boots and got up. There was a guy named Junkyard Dog who would hit people in the head with his head, and Ernie the Cat Ladd who spoke of some guy named Ollie Andersen, the egg suckin' dog, and Rick Flare. Wheeew! That was it for me. That was America for me.

Then I moved here. I guess I should tell you that the other part was that I was taught that you hated me; but I'm getting ahead of the story. Part of my inculcation was moving to America; part of it, however, was 11 years ago getting married.

My father … I'm the oldest of his three sons, so it was incumbent upon me to get married, and my father said it was my job to marry an American. 25,000 women every year marry Muslim men, and so my father shared with me some that were myth and some that were superstition, but things that were supposed to help me get married. My father said, "Marry a blonde." He said, "There are very few blonde Muslims." Well, he didn't tell me that there were blonde women by choice and that there were blonde women by birth; and I would say, "You look blonde, but the roots … I don't understand this part." My father also shared that there was a Kurdish legend that said if a woman's second toe was longer than her big toe, that she would be a bossy, nagging woman. Ma'am, I'm sorry to single you out that way, but …

But you can picture me saying, "Hi Beautiful woman, I love you. How many camels for you? You are beautiful. Before we do anything, take your shoe off."

I learned a long time ago that those were myths. Eleven years ago I married a girl from the South. I married a Southern Belle. I married a North Carolina, Burlington, Hall River, Graham Southern Belle. A grits-and-greens-eating, cracker-barrel-worshiping, tomato-sandwich-making, homemade-cough-syrup-drinking Southern Belle. Her second toe is about a foot past. It just hangs right off the front of the sandal. She is the boss of me and I know it. She has trained me, her little towel head, for 11 years. She does not call me, she calls me Butch. Except it isn't Butch. It's North Carolina who is Bu-utch. Her father is from Possum Kill, North Carolina. Don't you think she was just thrilled when the camel jockey showed up at the door to escort her out. I told the guys this morning that, when I asked for her hand in marriage, I thought I would be funny. He was my chairman of deacons and I was his pastor, and I thought I would be funny when I asked for her hand in marriage. It's a nerve-wracking moment and I was trying to follow American protocol and ask for her hand from her father. I said, "Sir, can I speak

to you?" and, "What you want, Boy?" I said, "Sir, I would like to ask for Jill's hand in marriage. I would like for her to be one of my wives."

Yeah, he didn't laugh. As a matter of fact, I can remember his words were something akin to, "Boy, we can kill you and hide the body. I swear to God we can." He has fished these waters. So when I told him I was coming down here he goes, "That ain't right. They better check their security again," and I said, "I think I'm okay, Sir." He says, "You'd better take a picture. That's holy land right there, that's holy land," and I said, "Yes, Sir."

He actually gave me a quiz when he were engaged, he said, "If you're going to be a southern man, you have to tell me … how many Vienney sausages is in a can?" You knew that? Oh, my father. I'll tell you story, but I'll tell that later. I'll save that if you asked it.

I would like to take some questions in a little bit and talk about it. I'd like to pull the veil back just a hair and continue on the misconceptions. I am a father of a six-year-old son, my little half-breed child who ignores me in two languages. I have a four-month old son. Now, I am in Lynchburg, Virginia, and my home church is Thomasville Baptist Church; Dr. Falwell is my boss. That church is a very big church, but big church … as you guys know, anybody that goes to church … big church sometimes means big crazy people.

Big churches draw these nuts. Just because they're saved doesn't mean they ain't insane, and you've got some crazy people who go to that church.

My wife gave birth in late November, and the next Sunday I was in church, because I was going to be speaking for Dr. Falwell, he's been very sick and I'm the preacher in residence, and so Jonathan, his son, and I do the preaching. I'm not a pastor. I think I did it because I was bad at it, but I did it because he wanted it; but I am a professor.

I get cornered by this bunch of women who said, "How's Jill?" "She's fine, and how's the baby? His name is Drake. He's fine." "Did she have it naturally?" "I thought there was only want for the young 'un to come out. It looked pretty natural to me." "But did she use drugs?"

The point is that there's this belief in the church. They believe that if you use that if you use any kind of drugs, that it's somehow sinful and wrong. I said, "Have you ever watched a birth?" and these women are like, "Well, did she take drugs?" I said, "Well, yeah. Did you see it? " "Yeah, I've had six kids. They came out sideways. I was standing up." You know, that old …

And I said, "Well, having watched my wife give birth …" You see in my country we do not watch; we are not in the birthing chamber. In America you are in there so she can beat you. Some of you are nodding, "Yes." I said … Is that right? Is that right? … "Having watched my wife give birth, I would simply say, if I would have given birth, I'd have smoked a bag of crack before I'd have given birth to a child. I'd have taken a bag of Ecstasy, walked around with a pacifier and a glow stick before I'd have that … and if she'd have turned down the epidural, I'd have taken it because it just looked so painful.

The next Wednesday we were at church, and this other group had said ... well, I had made a joke about my child being nocturnal; he doesn't sleep. They said, "What are you doing about it?" Well, my father-in-law had said Bourbon, so I thought, "Well, how much do I put in the baby's bottle?" and he said, "No, for you." By the third shot you don't care." I thought, alright. Then we tried all these recipes and nothing worked. Nothing. He's still nocturnal. They said, "Well, is she feeding." "Yes, of course we feed him, 5 ounces every two hours." "I mean are you breast-feeding?" "That's a little personal, isn't it? Why don't you back up off me for a second. It's a little personal." "Are you breast-feeding?" "Well, I tried. I couldn't get him to latch." They operate with assumption. We do the same, you do the same.

Most if not all of you have been in country, and the assumptions with which we operate hold us back somewhat. They hold us back because they force us to speak politically correct. I'm not a real big fan of political correctness. Political correctness forces us to rob language of all meaning. Political correctness causes us to be inauthentic, and it causes danger.

If I can say it as clearly as I can, they're not insurgents, they're terrorists. They're not terrorists, they're devout. We are taught from birth, "You are," the infidel. You are sons of Satan in Istanbul, Turkey, in Cairo, Egypt. There's no question of what the doctrine of Jihad was.

It is only when we come to America and we hear westernized Islam, we hear those who say, "Oh, Islam means peace," that we start pulling back the veil a little bit. I was sworn to Jihad. At the age of 9 until I was 18 years old and I became a believer in Jesus Christ, I was sworn to Jihad. I followed the protocols. I knew the three ways. I understood what you do before you take the death plunge, as we call it. In Arabic it's called the death plunge. I understood why the guys were in the bars with the hookers the night before the bombing of 9/11, because eat, drink, and be merry; tomorrow we are forgiven. I understand that it is, in fact, doctrinaire for roughly 40% of Muslims worldwide who are Sunni, 30% who are Shia, so anybody who says that Islam is a religion of peace, you are ignoring a significant portion of Islamic population, and it doesn't help the discussion of the dialog.

You can see now that, when I get into debates, I'm probably not their favorite candidate to debate. I'm not some cracker telling them that everything's going to be okay ... maybe. But if you know the language and you understand why they say what they way, and you understand the doctrines behind it, when a Muslim says, "Ah, Jihad is not even found in the Quaran," because there were two you are father dying, you are prescribed to fight. You don't want to fight, but it is good for you, the Quaran says. Sura 385: If they do not accept the law nor the last day will will never be accepted of them." Sura 4, verse 101: Know that the infidels are open enemies unto you. Sura 5, 51: Take no friends from among the Jews and the Christians. You bring their judgment upon you. Sura 929: Seize them and slay where you find them.

Anybody who even spends any time in history, as all of you have done on the college level, anybody that understands history understands that, in 1300 years, we have either fought each other or we have fought a common enemy. And there have only been three times in human history, Islamic history, three times where we have been united across sectarian lines.

Some of you may be Baptists, Presbyterian, Methodist, Episcopalian, Jewish, whatever, nothing. You could be anything. When we exist, say, just in the Christian community ... I'm not a Presbyterian. I'm barely a Baptist. I'm more Pentecostal that Baptist in that I like great worship. But I don't think that a Presbyterian is not a Christian or a Methodist is not a Christian or Bible Church is not a Christian just because they don't have the same name as I do.

But in the Islamic world, Sunni do not believe in Shia, Shia do not believe in Sufi, Sufi do not believe in Sunni. Nation of Islam, all the rest, fall in the wayside. We are not sectarian; we are absolutist. Sunni believe they are the only Muslims going to paradise. I was Sunni.

What's interesting is my parents were mixed marriage in that we were Kurdish as well, and my mother has Sufi. If you know who the Sufi are ... Sunni, of course, are the ones who followed, the majority of the Muslims after the death of Mohammed. Shia are the ones who followed Ali, the blood son-in-law who would give the grandsons to, and in Iraq it is he that they mourn on Ashura, when they cut their heads.

The Sufi are different. The Sufi are Turkish, and if you ever saw My Big Fat Greek Wedding, "the damn Turks," that's us, hated universally ... and rightly so. We have a horrible, horrible record as far as warfare is concerned. But the Sufi are in Turkey because the Sufi are sort of the illusionary, mystical type of Muslims. They don't hold to the Quaran or the Hadith. They hold to the teachings of feeling and emotion. The Sufi are very, very, very insignificant as far as warfare is concerned, but they are significant as far as culture is concerned because the Sufi in Turkey gave America something. It is one of the few things we gave you besides baklava and good coffee. Who's had Turkish coffee? Chew the grounds and be a man. It puts hair on your tongue. We gave you the hookah. You don't know what the hookah is ... bong. You're welcome. Add some fluorescent lighting and you've got an entire college culture. Because what we gave you was the hookah. You see, I saw my mother sitting with the water pipe, sitting as we would drink the tea and we would drink the coffee, and just <water pipe sound> And we offer it to you because it's hard to fight when everybody's high. You just basically want to sit around and giggle all day, so the Sufi aren't really part of the fighting; but the Sunni and Shia are.

Some of the most obscene misunderstandings exist because the only news we get is from the other Islamic television stations and news networks.

I guess I should tell you that I go in country twice a year, a total of six weeks a year. I land in Turkey, we drive across the Kurdish mountains and regions and into Iraq; and I go visit the house churches, the pastors, and the underground church. What I am astonished at, constantly astonished at, is the misinformation by which we here in America, obviously, but also what they hear about you.

What I would like to do in the brief time that I want to speak, and then take questions, is sort of pull back some of the things that they assume about you, they hear about you; because these are things that I assumed as well. Maybe, perhaps, if you understand the mind, you can anticipate some of the objections as well. Listen to this. I wrote down seven. The

Christians who fight in the military are in a holy war, that the Christianity we see on television is real Christianity.

I need to stop here, I guess, and cover these one at a time. I get asked the question a lot, "Is this a religious war?" For America it is not. Our president says, "We are not fighting a war against the Muslims," but please make no mistake. It is one thing to say that we are not fighting against them, but the Muslims, a significant portion, have declared war on us. That's part of the doctrine of just war, isn't it?

It is a religious war, it is eschatological. You guys know eschatology? You guys know when I talk about prophecy with that ... ? It is for us. Mohammed said that Issa will return, Jesus will return as a prophet, then the world is Islamic. "When all has been subjugated under the shade of the sword," the Quaran says, which means that we convert them or kill them, conquer them or die.

And so we believe this. I mean, we're fed this. This is our *Left Behind* series.  This was for us, this was it. You are fighting in the last war. This is, to use the phrase, the Armageddon. From birth. From birth. From birth we are taught this, and we are taught that you have the same assumption about us.

So I would sit in the mosque in the and I still go to the mosques because ... I will go in, I will not take the positions of prayers, but I will go and listen to the. I will go hear the prayer. I will go hear the sermon, and it is just replete ... it is replete with these teachings of, the Christian crusaders are coming. So here ... I know ... listen, I am a minister, I want everyone to be a Christian, but even if you're not a Christian you might help us a lot by interacting with them and saying, "Look, I'm not even a Christian." That will shock them. If you're, "You know, hey, I don't practice anything. I don't go to church." As much as I want you to, I want you to understand, you will serve a great purpose by ... go to church when you get back, but don't do it while you're there, if that's your inclining, because ... look at them and say, "Hey, look, I'm not a crusader," because we are taught that every one of you wear the sign of the cross underneath. We're taught that the undershirt is the sign of the cross.

So is it a religious war? For us, no. For them, to the jahideen, to the Mujahideen, absolutely, without question. You are the crusaders.

In our culture we are theocratic. There is no such thing as a country without a religious flavor in Islam. You speak of ... Iran, you speak of Shia; Iraq, up until just recently, Sunni ruling over Shia; Syria, Alarith; Turkey, depends on where you're at. The further west you go the more westernized it is, the more east you go the more devout we are.

Every country is identified by its religion, so we are not fighting with America the geopolitical superpower. It is America the what? The Christian nation. Now you and I know that this is not a Christian nation. Nations don't have souls. We were informed by some who were, but that doesn't make us ... nations don't have souls.

We have religious freedom! Islam does not allow for religious freedom; it allows for religious toleration under the, but I'll talk about that later.

So the assumption is you're the warriors. The assumption is that you have the sign of the cross, just like the crusaders. When you can assuage and go, "Whoa, whoa, whoa, I'm not fighting for an enterprise, this catches us off-guard.

I couldn't imagine … when I went to my first church, it'd never walked into a church before. I'm 18 years old. I could not imagine that they were nice to me. And you've got to picture me now. I'm walking into the church in full gear, full carrying a Quaran into a Baptist church, black pastor. I'd never heard preaching <imitating pastor>, that kind of preaching. It was awesome, but it was different for me. If you've never been in a Baptist church, you guys are a confusing bunch of people because of stand, sit, turn, spin, like Jesusercise' side, it was like <spinning sound> turn, spin, hug a hand, kiss a neck, and do this and … I didn't know any of this stuff. I didn't know what the bulletin said.

The preacher got and … our sermons are not this way; our sermons are not sermonic from a text … he just, "Well now," and they'd sing and he had a moog synthesizer behind him while he was preaching. And there was all this different movement. I couldn't imagine why the meaner I was the nicer they were to me. Conception falling away.

You might be surprised that, in Islamic countries, we allow for Christian programming because they like to make fun. What we picture is that all Christians are just like those guys … toupee-wearing, mascara running, purple hair, weepy, weird. That's what they picture Christianity like.

Thirdly, our third assumption is America's culture is the way it is because of the Christians, and so they will bring in Brittney Spears stuff and say, "See that? That's Christianity." Janet Jackson … "That's Christianity." They would say anything that's like this because culture is always run by Islam, so for us it is hard for us to imagine why you would allow the freedom for somebody to be, as we would say, decadent and such.

One of the things I find interesting among our students is one of the trends that is in colleges right now that girls wear toe rings. Do you know this? Toe rings? Do you know what that is in my culture? A toe ring is a sign for a woman that she's single, because if she's covered except for her sandals and her head, how can you know if she's been sworn to a man or not. So she has a toe ring that's a sign that she's single.

So I see all these girls walking around like advertising to get married with their little rings on their toes, and I have to look anyway because I'm checking to see if they're bossy and nagging. So it's an odd thing, the orientation of the country. If you knew that walking in … I'm sure you already know that now, I'm sure you've heard it, but isn't it amazing that we believe this from birth.

I'll give you number four. Number four is this: that somehow we are ashamed of America. Not I want to say this as carefully as I can. I'm not talking about you. I'm talking about … my wife being Southern, I learned quickly that we are a mixed marriage in everything. She's ten years younger; we don't have the same music. I like Warrant, she liked the Back Street Girls, the wimpy boy bands that they … if you have time to do choreography, you're not a band. If you sample from somebody else's music, you didn't write it. She likes that stuff.

My wife doesn't raise her voice. My wife doesn't fight. Believe it or not. Southern woman, does not raise her voice. I … we defend everything. We argue about everything. I'd sit at the table and say, "Pass me the salt … the salt … PASS THE SALT!" A Southern Belle never does this.

Maybe you are like me; I yell and five minutes later I've forgotten why I was yelling. This is just how we are. A Southern Belle never raises her voice, but she carries a grudge, for like 40 years until there's a body found chopped up in a well somewhere. That's our cultures.

I was on the phone once when we'd been married about a month and I was talking, and I needed a pen, and I was <snapping finger>, "Woman. Woman." All I saw was … I wish to God there had been a rattle accompanying it. She was like, "<snake sound>" just to let me know that she's about to strike. "Don't make me take my heels off."

We defend everything. You've been to the bazaars, yes? You've been shopping, yes? "Come, come, come. Come over here." You walk up and you say, "How much for this piece of junk?" That's part of the negotiation, isn't it? "For you, 300 dinar." "I can get that for 150 somewhere else." You walk away. "No, no, no. Come, come, come. Because we are friends … 100. Do not tell anyone." "I'll give you 20." "You are taking food out of the mouths of my children!" He's screaming everything.

My wife, she wasn't a big fan of that stuff. By the way, I tried that in Walmart; it doesn't work. Negotiations doesn't really put that off real well there. You see, they take your silence as embarrassment. When they start yelling, they think they can out shout you. Watch the television, and I'll show you what I mean. Find the Muslim on any television show. If they don't like what you're saying, they start yelling right over the top of you; and then we get all quiet.

The shows that I am sworn to, the stations … I'm spend my time on  MSNBC and Fox, and my job is to be on those shows that are on there, and when they start yelling I start yelling back. It may look rude and it doesn't look like a professor, but you see, we believe that if you don't say anything, you either don't have anything to say or you're embarrassed of it. You don't have the courage to say it.

They defend Islam vociferously. Do we defend democracy the same way, or are we somewhat recalcitrant? This is part of our culture. This is part of our culture and you have to know it, because we are very demonstrable. We do not hug overnight … we just <rrrr> hug, we kiss both cheeks. We are demonstrative people.

9 of 19

This is important to know because they want to know. When you return the hospitality, if you offer it as graciously as they offered it, then they feel like you meant it.

Number five.  They have a question about the mythology in America. Do you really pray to Santa? Do you know I got taught that? I always wanted to know, after I became a Christian, what does the Easter Bunny have to do with resurrection? Rabbits do not lay eggs except for Cadbury. But you see, this was our mythology. That's why they call you pagans. They say that we mixed with pagans.

The final two: that you are on a crusade and that you hate them.

There's a number of ways to know if somebody has sworn themselves to Jihad. They will not shake your hand. You cannot touch the unclean. If have done, if you've done ablution and you've done sworn yourself to Jihad, you cannot touch another non-Muslim, and so the will not shake your hand. They will fold their hands back, left hand on the right; part of our protocol.

Remember I told you when Muslims say the word Jihad does not appear in the Quaran? It doesn't. The concept is everywhere, but of the Hadith, the sayings of Mohammed, book 52 of the Hadith is called, "Jihad, fighting for Allah's cause," and in it we have virtually everything that the linesmen did under Mohamed Atta on 9/11, every protocol they followed, the on themselves, the following of the protocols that they had to do as far as the lining up, what you did the night before, what you did the day of, what you ate, that is found in Book 52.

For instance, every Jihad must be public. Every Jihad must be public. What does that matter? Two planes hit; they knew the first one would not be recorded.   Back in the day, you would do something where there was a carnival, where there was a meeting, where there was a festival, where there would be many would see that this is an act of Jihad. But in the modern day they know that the cameras … What did we see on television forever? The second plane hitting the second tower.

Jahideen must declare themselves publicly, that "I am a Jahideen." The point is that you have to be declared publicly so that your soul can be raptured to paradise; and so when they ask after the first bombing, "Oh, well, who did it?" Trust me. Everybody is going to claim it's them because it has to be public. But the only who has proven true is the one who has either the precedent of saying it or they were explicit in saying, or in our case, they were the first one to say it and they recorded themselves saying it. But you always see video of us saying … reading into a camera, "I am Jahideen … well, I am Mujahideen is you've made haj, and that I have made this journey and I have done these things. The acts must be public. The declaration must be public. The death must be public. The death must be public.

In other words … Secretary Rumsfeld said, "Well, he may be dead in a cave somewhere. You better dig him up, put his head on a stick and show it to the world." Because here's something we don't hear in the Wall Street Journal. Until Bin Laden's dead, the was in play. A Jihad continues until those who signed it are gone.

That's why ... did you ever ask the question, "Well, if Bin Laden's so big so big on fighting a Jihad, why didn't he do it? He has to stay alive. Osama Bin Laden, they have to stay alive. As long as they're alive, the Jihad is still in play.

That's what we did with it. Remember? You had to show the bodies. You had to show the men, because we don't believe it. Do you know what we believe? Baghdad Bob. I mean, it looked ridiculous from here, didn't it? He's sitting in front of the television going, "We are killing the Americans. They are running from us like running dogs," and then the split screen of Fox News would be showing you guys walking the airport going, "Whooo! How you doing? Didn't find anybody here." We never saw that split screen. We didn't see that part. All we saw was Baghdad Bob. All we saw the minister of misinformation because we believe inherently what we see.

Many of us are illiterate. You have a 75% illiteracy rate in the eastern parts of Turkey, in Iraq ... 75%. So the only thing we believe is what we see, what we are told, what our mom tells us.

I tell you these things because most of you have been bored to death with people lecturing about the five pillars of Islam, the six foundations of Islam, the dietary restrictions, the the foods that are questionable, all this stuff.

What I'm talking about are the things that we talk about in the Mosque.

When I became a Christian I got cut off, but they cannot cut off memory. In all the places I've ever been ... Fort Hood I was honored to be in, I was honored to be in New Jersey, I was honored to be back at Buckley in Aurora, Colorado. But they just brief me; they fly me in and fly me out. I just do a quick briefing and then I'm gone. I don't know who I'm speaking to.

I've been honored that your commander has allowed me to not only be here but to live here, and I'm not ... I'm still learning. When I got on the plane, I was telling my wife on the phone while I'm getting ready to go. "Well, eat light," because she packed me some candy bars. Why? Because I thought that I was going to eat MREs. Bless God, I've been eating better than I eat at home. And so I just wanted to pull back a few of those things and then open up the floor to questions, and see if you had anything specific ... an issue with Jihad, strategies and protocols of life in my country. The floor is open to you.

Sir?
It isn't, and I wish to God it was. You're exactly right. A, we have long-term memories when it comes to corporate victimization, as I like to call it. The crusades were a response of Christianity, responding to what had already happened in Islam. We, up until Isidore Seville, the writings of Augusta, we believe in just war. We had always had Christians in the army. Marcus Aurelius had this great Christian republic, the thundering herd. There had always been Christians in the military, but a Christian military was different.

Mohammad dies. From 632 for the next hundred years, Islam spreads south and then goes up North from the West. Just wholesale slaughter, all in the act of Jihad, Jihad being holy war, different than just war because you had a sacred authority versus a secular authority. There is no such place ... there's a difference now. What you are facing now is different than ten years ago. The battlefield has changed because, once Jihad is declared ... there was two, the one in '93 that got the first World Trade Center bombing, and now this one signed in '98.

When a Jihad is declared there's a difference. There are two doctrines that change. One is the doctrine of sanctuary. In a holy war there is no such thing. In a just war, or in a fair war, we don't bomb Mosques, they don't bomb churches; but in holy war every place is open.

If you remember, in the winter of '02, in Bethlehem, they bum-rushed a church; and then the Jews were outside wondering, "Well, what did we do? Why did the Muslims go in there?" and then they just desecrated the place, by the way. They desecrated this Catholic Church of the Nativity. Why did they do that? Because in Jihad there is no doctrine of holy place, which means there are no safe places. But secondly, when a Jihad is declared, it is the doctrine of the Jahideen that changes.

Mohammad said that women cannot fight Jihad unless it is explicit, unless there is a last ... this is the final thing. They had a ... let me you the question. What does the man get in Islam? What are we taught? Perpetual virgins, 72 perpetual virgins. What does a woman get? Could you imagine. I'll ask that question ... I love asking that question to the Muslims when I debate them. I say, "Well, what does the woman get?" because if you tell a woman, "Well, what's waiting for you is 72 virgin men," that's like were playing high school again. That's not like heaven, it's like a bunch of guys chasing her around.

The point is: there is a new doctrine involved, so there is no place that is safe, there is no person that is safe.

It used to be that you'd walk the streets of Jerusalem, and you see a pregnant woman, she's not fighting us. Now she may not be pregnant; she may be packing. And the distinction is because there has been Jihad declared. They do so because, when we as the crusaders came in, they had taken over Jerusalem and just horrified the place, just ruined the place. We, in response, Pope Urban II said, "Okay, I'll make the same promise; fight fire with fire." One mistake that Urban made was that he allowed it to be holy war. He promised them, "You die, Jesus will forgive you." He promised them heaven immediately, paradise immediately. He promised the Buddhi, "You get everything you keep," and so there was a mercenary effort involved in there.

And only the first crusade was successful. Muslims, however, view that and call us the crusaders. America wasn't even a country then. It's sort of upsetting. You're like, "Dude, I wasn't even part of that. Oh, I'm a Protestant. It had nothing to do with me." But they don't make the distinction between Protestant and Catholic. They would call you priests. They don't know the difference, and they see everything mixed together. Again, it's assumption, it's misknowledge, it's misinformation. They always mix these things together.

So they say, "Well, this is what you did to us," and if you say, "Yeah, well, you did this to us," the three times we united, Charles Martel knew what to do. This is a great story, if you guys know military history. This is awesome. Charles Martel, The Hammer, the grandfather to Charlemagne, captured 150 Muslims, dug the hole, slaughtered 148 of them, three them in the hole, and then in front of the final two, covered them in pig entrails. They surrendered within one month.

Sir?

That's right, and it wouldn't seem like a good strategy. They're going to keep coming wave after wave after wave.

The one thing that we have that is our secret weapon is that we have given them the one thing that Islam can never offer: a voice. I often say, "Freedom is crap out of a goose," because you can't put it back.

Iran, before the Shah's fall, there was freedom; but it was mitigated, it was very reserved freedom. What we have offered in Iraq ... you know, they kept screaming, "Oh, they're coming to take over," and then they watch you guys pull back. Even during ... your presence during the election, you were there but you were back further. The training of their troops as opposed to ...

That goes against everything we are taught. I was there just a few months ago and they were just, "Oh, you watch. They are not training our soldiers. They are there training their own soldiers. They will take over. You will watch." Then we heard, "Oh, well, they will have an American commander over each ..." and that doesn't take place either.

What happens is all their things become. We are neglecting the fact that freedom is allowing women to speak out for the first time. You cannot allow women to have the power if you are going to run an Islamic theocracy. You cannot allow people to be educated. Written in the wall of the mosque in Kabul says, "Do not teach the women to read and write," the women in Kabul are learning how to read and write.

We are fighting without having to raise a weapon because, pretty soon, what will happen is one of two things: either, A, they will embrace democracy; or B, they will go back to the pattern of fighting each other, which is what we're seeing presently ... the insurgents, who are actually foreigners, coming into Iraq and fighting against the Shia, and so it's back to Sunni and Shia; and while that's tragic on some level, it gets us out of the loop. We're no longer the major enemy, so that's gets us out.

But secondly, embracing democracy gives a footprint in the Middle East that is larger than the footprint of Israel, because Israel is one of the things that unites Sunni and Shia with a common enemy. Iraq is more difficult. Saudi is going to be the most bifurcated,

schizophrenic country in the world because, on the one hand, they are Sunni; on the other hand, are we really going to defend a Shia country?

So what we have done ... whoever did this strategy, this is brilliant. It was triangulation at its purest sense. They hate us; let's make them hate somebody else. Well, who is a Muslim better at hating than another Muslim? You know, you get 10 Baptists in a room you've got 20 churches. Well, you've got Muslims who are united; we'll get them to fight each other. How do you get them to fight each other? Free one group from the other group. The only country in the world where the minority rules the majority in a Muslim country was Iraq. So forget the weapons thing, which I believe they're still there. I believe they're still there, figure it out. You can say what you want.

Weapons or no weapons, we have an issue. We freed 80% of one country which was suffering at the expense of 20% of the country and got them back to fighting each other. To me, in my estimation, this will go down in history as brilliant military strategy because they pulled us out without us having to be further engaged.

Free them. Free them and then what ends up happening is they'll either fight each other to remain free or fight each other to remain in power. In either case, we're out of that loop.

Sir?

Dr. Caner:   Think about this: the capitalism issue. Look, you guys, I'm a Turk. I've never driven a taxi a day in my life, but I did work at a 7-11. I worked at a 7-11. "You not read the magazine you must buy the magazine," that was me. With two L's, that was me. We love underground capitalism, even in Islamic countries. Am I lying? You come, "Hey, Joe, come here, eh?" Soldier ... not a soldier, marine ... "Marine, come to me, come to me. You want to buy watch? I help you out. Come on. Come on. You me. You me. You me." How many times you see that?

I had been in country ... without going into detail ... I'd been in one country and this guy comes up and he's trying to hook me up, trying to be my friend, trying to sell me something, and I said, I'm not interested, I'm not interested," "Come on. Come on. It's American", and under his he's got cowboy jeans, Wrangler, the really tight, tight, tight ... if there wasn't a female here I would tell you how tight ... tight, tight, tight jeans. I could tell if he was Jewish tight jeans.

I said, "this is violation, this is violation." You know what he said? He said, America. Come on, I could be American.

We want democracy, but we also want capitalism. Give us capitalism ... right now it's just underground. Make it legal, elevate it so that we can be business owners and such, we're not going to go back to fighting. We may fight ... we'll fight each other ... we may fight a common enemy, but it's not ... we're living on $80 a year.

It is the funniest thing in the world is to see a Bedouin in Israel, and you go and visit and they're living in camelhair tents and you stay out ... I take my students, we live with a Bedouin for two weeks. I want them to taste what it's like to be us ... I will say, "How do you like this? How do you like this?" and they're, "Oh, it's wonderful." "Well, thank you for having us." "Thank you. Visit my website." "You don't have electricity; how do you have a website?" "No, no, no. I hook up. I hook up."

It's hard to stop. Democracy is not hard to defend because eventually everybody wants it. They may fear it, but they want it. Capitalism ... not hard to defend. It's -breath.

Sir?

They can't be so obtuse as you would wish they could be. They cannot put up an American flag or put up a picture of Bush, George Bush, President Bush because there are subcurrents that they have to deal with; but there are ways that they can communicate to you that they are with you.

One of them is what I call the snap. Do you understand that you never put the bottom of your shoe ... you never show the bottom of your foot? Remember what we were doing to Saddam's statue, don't you? Hitting it with our shoes. The lowest part ... that's the ultimate insult is to slap it with a shoe.

But the inverse, nobody talks about the inversion of this. If you ever see someone that is taking to you and you walk by and they will <gesture>, it is a sign of respect. It is what you do to your father when he speaks to you. When your, your father ... my son does this. My son ... well, I also joke about ignoring me in two languages ... but my son calls me, or papa; and I will say, and he will ... this is a sign of respect. It's not a bow because that's another culture, that's sino culture, Asiatic culture. It is a sign of, "You have every piece of my attention."

I often see this and we don't notice it, we don't pay attention to it, because ... maybe it's because it's not as big of a hug, it's not as big of a thing, but this is a great sign of respect from us. I do this often just out of habit, I think. You do this as a sign of respect to those that you want to honor. You pull yourself in. I assume it's something like you guys, like how you do this, but it is more humbled, it is more of a ... like this. You look up to those you respect like this. You look down if you want to fight ... like dogs, you know how dogs will stare you down ... if you see two Muslims and they're yelling and they're both up like this, they're not trying to spit on each other though our language lends itself to this ... I mean, with all the vowels and all the consonants ... but it's a sign of disrespect.

I would say that's one of the ones that I have often seen that bypasses most of us.

Shaking is interesting. By the way, if anybody extends their left hand, do not take it. We didn't have two-ply until I came to America, let me say it that way.

Sir?

I don't know, and that is a tremendous question, the question of why are they allowing them to come in. Remember, number one, they are not all the same type of Sunni; and number two, even if you're a Shia, why would you allow … there's an immigration issue.

It's a tremendous question. Why would they allow these foreign insurgents … because these are people getting in the back of trucks in Amman. They're making this incredible journey round-trip to get into Baghdad and they're basically taking over regions and sections of the city to fight. They are not … they have no vested interest in Baghdad or in, they have no vested interest in that region. There's not necessarily something for they're willing to die and fight. What they're willing to do is insurrect, is to annoy, and that's the second law of Jihad. The first is to shock; the second is to annoy.

Mohammad said, "Hit when they sleep, but do not hit hard." Do you know why? Because the first wave of Jihad is supposed to shock your enemy, but the second wave is to show them that they are vulnerable.

The picture that you have of Mohammad is the fire ant and the fly that hit and hit and hit and run, hit and run.

The third wave is to utterly humiliate, decimate. He said, "Cut their knees."

And so, if this is in fact the second wave, what they are doing is they're trying to show a vulnerability. The problem is they are not getting us as much as they are getting other Sunni, and I think that's going to be the ultimate downfall. You are in charge of enforcing the policy. I don't know the policy. I don't know all of the details. All I know is that when I'm there, and when I watch, is I see Muslims who get frustrated and angry because they don't … I mean, I tell them I'm a Christian if they ask, but I'm not going to be troublesome. I am there to talk to the pastors who are underground. I'm there to be with the churches that are house churches and underground churches. I don't make a big deal of myself. You stay low, you wear geffia.

But I hear the Muslims speak, and they will say, "They killed one of us. It's worse than friendly fire because it's intentional. It doesn't make sense. I mean, it's intentional. They bombed a bus knowing that their own people were on it, and if there was one American but 12 Sunni are killed, you've killed your own.

Now there is the doctrine of the unwilling Jahideen, but I don't think people will put up with that for that long. Do you knows guys know unwilling … Did you ever ask the question, "What about the Muslims who are in the Towers, or the Muslims who were in the Pentagon if there was any that were killed in the Pentagon? What about them? They are called the, the unwilling Jahideen. They get to go to paradise, the get the promises of Jihad, even though they didn't know they were fighting one. Unwilling Jahideen. People will only tolerate that for a brief time. I don't think that they will allow that for that long.

Sir?

No, there's hundreds of fatwa signed. You can go to fatwa.org and read them. There are hundreds of fatwas, and then there are fatwas that are signed regionally. It would be somewhat akin to the Colonel and I, Johanna Lincoln High School, signing a fatwa in Reynoldsburg Raiders. The only people who know care Reynoldsburg and Johanna. But there's something unique.

Remember I said the first one was Charles Martel. He buried them, left the two to run back, because you cannot go to paradise with touch of the pig. That's why the Jews today in Israel will hang the pig fat over the dead body. It's just the ultimate insult because you cannot go to paradise.

Second guy to do it … we were taking about this blackjack Persian who did this, where he dipped the bullets in pig blood. But the second Muslim that is held in great esteem, after the Muslims who fought against Martel, was one name Saladin. Saladin beat Richard the Lionheart in the third crusade, just destroyed him. Just destroyed. It was an utter rout.

The third one … Osama bin Laden. And if you listen and read, they will say … they call him the Saladindos , Saladin second. Why? Because the fatwa signed February 23, 1998, was something different. It was signed across the sectarian lines. It was signed by Sunni and Shia. Remember they made a big deal of, "We are uniting together in Jihad." If you remember it, even on television they said, "What was foreign language joining with …" Because this is Sunni with with Shia. In one move he had united every Muslim against a common enemy. And so this was a larger or broader scope.

If I could compare it this way. If you were a member of a church and your pastor signed a fatwa against a sister church, "We're at war with the Methodists," well then everybody who's a member of your church has to go to war with that Methodist church, by theory. Some do, some don't, but that's by theory.

This is larger because this is representing, say, a denomination, if you would. This is like the Pope signing a fatwa, which is in fact what he did in the Counsel of Claremont in November of 1095. You had this … on November 27, 1095, the Pope said all who are Roman Catholic, all who are under the Holy Roman Catholic Church, have to fight. This was like bin Laden … all Muslims, Sunni, Shia, and are united, which enables him, by the way, to unite with who he hated. He didn't like him. He still doesn't like him. He still doesn't like him because he sees him as a poor Muslim, because he does not wear and he does not tell his wives to be robed, and that is seen as a man who does not control his house.

I hear that all the time, all the time. I don't even have to be there. I can be in Turkey and still hear it.

We have this fight in Turkey all the time. In Turkey the further east you go the most devout we are. You go to Istanbul … how many have been to Istanbul? … not a lot of covered women, are there? Do you know a woman's shoes measures whether her husband is wealthy or not? The higher the heel, the more a kept woman she is because her husband is wealthy. Because you wear flats … you don't wear high heels in fields working. And so I misunderstood this.

17 of 19

When we got married, one month after we got married, I brought my wife home and I spent like half my paycheck on high heels, 6-inch stiletto, spiked, wanting to show here that I wanted to love her and take care of her. She didn't take it that way. "I'm not getting on that table." "Baby Doll, I love you. Dance for me"

I think we have just a few more minutes, Sir, and I will take any more questions. Gentleman, over here.

That's not an Ugly American question; that's fair, valid. Just war demands an exit strategy. I think that's a good question. I believe in a just war.

I think that, as far as adjustments, I think that one of the greatest things ... whoever implemented the policy of getting you integrated among the people when you can, that is one of the most phenomenal, helpful ... it does make you vulnerable on occasion, sure, but it is one of the most phenomenal strategies in war because it plays against everything we are taught. It makes the Imam a liar because the Imam says ... we were taught as children ... I'll give you an example.

We were taught as children that the Jews drink the blood of the Palestinian children. The Jews hate us. And so I became a Christian with a vestigial hatred for the Jew. I start reading and I get to Genesis 12 where there's a covenant, unbroken covenant with the Jew, and I start thinking, "Okay." Then I get to Romans 9:10:11, "God still loves the Jew." You know, I sort of wanted him to hate them, too.

Then I meet a Jew, and what breaks apart is that he doesn't hate me. He doesn't ... Mohammad's phrases, "he drips with the blood," there's no blood dripping off the children. He's not drinking out of our empty skulls. It's hard to hate somebody up close, especially if you've been lied to. You didn't hate them until somebody told you to. It's hard to hate somebody up close.

I think that has been one of the most brilliant strategies, and I understand that it does measure of vulnerability. If has to be measured carefully because they don't all don't act the same way and they're not all with the best of intentions. As far as getting out, I think it's shorter than it is longer. I think it's sooner rather than later, if I may say, because I am starting to see this fight end up more and more against Sunni and Shia. Like I said, I hate saying it that way but it's true. They're fighting each other, and when they fight each other we can back out.  We don't even play the instigator.

My brother was the instigator. He would punch me, punch me, and say, "You gonna let him call you a punk?" Next thing you know everybody's fighting, and he's just standing back going like this. We don't have to do that. We simply say, "Can't you, would you please ... " and that was government. We insisted ... first they wanted to argue about Islamic Republic. Yes. Islamic Republic, horrible. But then we found a way to get around that. How did we get around that? A representative government that involves Sunni, Shia, and Kurd. Whoever did this should be given the highest award, the anti-French award because whoever did this found a way to have an Islamic republic that cannot enforce its own laws, because we had an Islamic republic law, but

18 of 19

to have law you have to have who are united, and you cannot unite Suffi, Sunni, Kurdish, Shia. You know what they're going to have a problem with? Enforcing any rules they set.

So what they're going to have to do is establish a constitution that's going to establish a bill of rights, because they don't trust each other. They won't call it that, but they're going to have to. Whoever did this knew exactly what they were doing.