# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**DR. ERGUN M. CANER**

vs.

**JONATHAN AUTRY**

Action No:   6:14CV00004

Date:   4/30/2014

Judge:   Norman K. Moon

Court Reporter:   Tiffany Harris
w/Evans & Co.-sworn

Deputy Clerk:   Fay Coleman

Plaintiff Attorney(s)
David C. Gibbs, III

Defendant Attorney(s)
Joshua M. Autry

### LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Telephonic Motion Hearing on #28 Motion to Dismiss for Failure to State a Claim, or in the Alternative, for Summary Judgment by defendant.   Arguments heard.   Court advises an order will issue promptly.

NOTE:   Kel McClanahan w/National Security Law allowed to dial in to the telephone call at Judge Moon's approval.

Time in Court:   2:00 p.m. – 2:44 p.m. (44 mins.)