## DECLARATION OF JONATHAN AUTRY

I, Jonathan Autry, hereby swear and depose as follows:

1. I make this declaration pursuant to 28 U.S.C. § 1746 upon my personal knowledge of the facts. I am over the age of 18 and am competent to testify to the facts stated herein.

2. I am a citizen of the United States and a resident of the Commonwealth of Virginia.

3. I have never been employed by Dr. Caner.

4. I have only been employed by Liberty University twice. From the Fall of 1999 to the Spring of 2003, I was a Sound Technian. From the Fall of 2005 to the Summer of 2007, I worked for Liberty University as part of their Building Services. Neither department was under Dr. Caner's supervision. I was terminated from neither position.

5. My wife, Rebecca Autry, worked for Liberty Baptist Theological Seminary from the Summer of 2003 until the Spring of 2008. Given my wife's employment with the LBTS, Dr. Caner hosted a baby shower for our first child at his residence. She resigned shortly after the birth of our second son. She was not terminated from her position.

6. Given the best of my recollection, I have only been compensated by Dr. Caner possibly two times.

7. Around the beginning of 2005, Dr. Caner through his secretary Jill Walker requested volunteers to paint the LBTS offices. I received financial compensation for the work, though I cannot recall the amount.

8. While I was a student at LBTS, I volunteered at events called "Parent's Night Out". I may have received some compensation for those events.

9.      Dr. Caner has concerns that I am not qualified to criticize him. I have a Bachelor's Degree in Communication from Liberty University. I have a Master's in Divinity from Liberty Baptist Theological Seminary. This Master's Degree was obtained from the institution that Dr. Caner was presiding as Dean. Most of the course work was completed under his tenure.

10.     Dr. Caner asserts that I may be providing lectures and speeches critical about Dr. Caner. With the exception of substituting in a Sunday School class, all my speeches and lectures have been preschool lessons since 2010.

11.     In June 2013, I contacted Dr. Caner's attorney and explained who I was and why I did what I did.

12.     I gave my name and included the names of my wife and children.

13.     I do not expect Dr. Caner to remember every seminary student or every baby shower he hosted. I do not expect Dr. Caner to remember every employee he terminated or every employee he did not have. However, given the lengths at which I have explained my identity to Dr. Caner, his assertion that I was his employee who he terminated sounds like another intentional misstatement.

14.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/1/2014                   _Jonathan Autry_  
             Date                                       Jonathan Autry