IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Ergun M. Caner, | : | No.: 6:14-cv-004 |
|    Plaintiff | : | |
| v. | : | Civil Action - Law |
| | : | Jury Trial Demanded |
| Jonathan Autry, | : | (Electronically Filed) |
|    Defendant | : | |

## **ORDER**

AND NOW, this ____ day of ____ 2014, upon consideration of Defendant's Second Motion to Supplement the Record, the Motion is hereby GRANTED.

BY THE COURT:

_____
, J.