# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

|  |  |
|---|---|
| ERGUN M. CANER,<br><br>                                    *Plaintiff,*<br><br>              v.<br><br>JONATHAN AUTRY,<br><br>                                    *Defendant.* | CASE NO. 6:14-cv-00004<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant Jonathan Autry's Motion to Dismiss the Amended Complaint for Failure to State a Claim, or in the Alternative, for Summary Judgment ("Motion") (docket no. 28).  For the reasons stated in the accompanying memorandum opinion, I have CONSIDERED Defendant's Motion (docket no. 28) as a Motion for summary judgment, and it is hereby ORDERED that the Motion is GRANTED.  I DENY Defendant's Second Motion to Supplement the Record (docket no. 63), and I will not consider his motion for attorney's fees and costs at this time.

It is so ORDERED.

Entered this __14th__ day of May 2014.


                                                    NORMAN K. MOON
                                                    UNITED STATES DISTRICT JUDGE