IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Ergun M. Caner, | : | No.: 6:14-cv-004 |
|     Plaintiff | : | |
|   v. | : | Civil Action - Law |
| | : | Jury Trial Demanded |
| Jonathan Autry, | : | (Electronically Filed) |
|     Defendant | : | |

## Motion for Fees and Costs

AND NOW comes Defendant Jonathan Autry, by and through his counsel, Joshua M. Autry, Esquire, and asks this Court to award fees and costs:

1. This Court granted summary judgment to Jonathan Autry.

2. This Court should award fees and costs to Jonathan Autry because Dr. Caner filed a frivolous lawsuit for the purpose of removing his works from public view and from silencing his critics.

3. I have attached an affidavit as Exhibit "A" in support of the fees and costs requested, and a resume as Exhibit "B".

4. I have attached e-mails as Exhibit "C" that evidence Dr. Caner's focus on criticism and not on copyright protections.

5. I have attached declarations as Exhibits "D" and "E" in support of the hourly rates requested.

6. I have attached an itemized list of hours as Exhibit "F".

7. I have also filed a Bill of Costs with an itemized cost list attached.

Wherefore, for the reasons stated herein, Jonathan Autry respectfully requests that this Court award the full amount of fees and costs requested for $29,314.59.

                **CLYMER MUSSER & CONRAD, P.C.**

                */s/ Joshua M. Autry*
                **Joshua M. Autry, Esquire**
                PA Supreme Court I.D. No. 208459
                408 W. Chestnut Street
                Lancaster, PA 17603
                Telephone:    (717) 299-7101
                Facsimile:    (717) 299-5115
                Email:        josh.autry@clymerlaw.com

Dated: May 28, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Ergun M. Caner, | : | No.: 6:14-cv-004 |
|     Plaintiff | : | |
|     v. | : | Civil Action - Law |
| | : | Jury Trial Demanded |
| Jonathan Autry, | : | (Electronically Filed) |
|     Defendant | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below I electronically filed the foregoing with the Court using the CM/ECF system, which sent notification of such filing to the following person(s) at the following email address(es):

> David C. Gibbs
> dgibbs@gibbsfirm.com

> Respectfully Submitted,
> Clymer Musser & Conrad, P.C.
>
> */s/ Joshua M. Autry*
> Joshua M. Autry, Esquire

Dated:  May 28, 2014

3