# Joshua M. Autry

| | |
|---|---|
| **From:** | Josh Autry |
| **Sent:** | Tuesday, July 09, 2013 4:58 PM |
| **To:** | 'Teresa Nelson' |
| **Cc:** | David Gibbs; Dustin Gaines; Jane Kelley |
| **Subject:** | RE: Caner v. Autry |

Teresa,

Here are Jon's responses:

1. Who at Liberty knew you were doing this?

Various people who were employed at Liberty at one time or another knew what I was doing. To the best of my knowledge, none are currently employed at Liberty. All of them were personal friends of mine. I do not think that you would know their names if I mentioned them. Also, I see little reason to start providing a list of my close friends.

2. How often did you upload from LU and the LU server?

I am unaware of how often that I uploaded from LU. I am sure that I must have uploaded something. However, I have no record.

3. Who is "Caner Repents?"

I do not know.

4. How coordinated has this been? Under FBCJaxWatchdog and James White?

While there have been exchanges of communication, I have been independent. I am the sole creator of my projects with no direct assistance. With only a handful of exceptions, there has been almost no feedback on my video productions.

5. On your blog you state an LU high official told you that Caner "privately repented at Thomas Road Baptist Church," but that he was afraid to do so publicly because of the bloggers. Caner would like the name of this "high official." If a name is not provided, then please publicly state that the statement was not made truthfully.

I do not believe that I stated that any "high official" told me these things. This is what I wrote:

"According to this seminary student, Ergun admitted he lied to a private group at Thomas Road, September 2010. Supposedly, he told this private group that he did not wish to apologize publicly, because of how the bloggers would react. The student urged me to take this anecdote as evidence of repentance and evidence that I biblically needed to remove my videos."

The seminary student was Phil Shouse who tweets under the handle @philshouse. He used Tweetdeck to extend his tweets so a lot of our conversation is lost. I remember him saying that Ergun repented at Thomas Road Baptist Church and was afraid to do so publicly because of the criticism he would receive from bloggers. This

conversation was held publically on twitter May 24, 2011. Later, Phil blocked me on twitter for my criticism of Ergun.

Also, in the blog post, I disparage the anecdote as I do not believe it to be true.

6. Who was and is your immediate supervisor at LU?

I began posting December 2010, long after I worked at Liberty. I was employed with Liberty twice. I was a sound technician during my undergraduate from the Fall of 99 to the Spring of 03. I do not believe my former supervisors are relevant to your lawsuit.

7. You mentioned on your blog that you had help, who else at LU worked with you on these matters?

No one at LU worked with me.

8. Who is TurretinFan?

I do not know.

9. Are you willing to turn over all correspondence between yourself, Mr. James White, FBCJaxWatchdog, Jason Smathers and all other cyber stalkers?

No, I do not turn over private correspondence. You already have all my public correspondence.

Joshua M. Autry, Esquire
**CLYMER, MUSSER & CONRAD, P.C.**
408 W. Chestnut Street
Lancaster, PA 17603
717.299.7101 (p)
717.299.5115 (f)
www.clymerlaw.com
Connect on LinkedIn: www.linkedin.com/in/joshautry

This e-mail and any files transmitted with it are private and confidential and are solely for the use of the addressee. It may contain material which is legally privileged. If you are not the addressee or the person responsible for delivering to the addressee, be advised that you have received this e-mail in error and that any use of it is strictly prohibited.

**From:** Teresa Nelson [mailto:tnelson@gibbsfirm.com]
**Sent:** Monday, July 08, 2013 2:25 PM
**To:** Josh Autry
**Cc:** David Gibbs; Dustin Gaines; Jane Kelley
**Subject:** Re: Caner v. Autry

Hi Josh,

Yes, this Thursday at 10:00 EST. The dial in number is: 605-562-3000. Code: 192557#. Back up in case you experience difficulties: 951-262-7373 or 805-360-1075 - Same code.

Thanks,

Teresa

**From:** Josh Autry
**Sent:** Monday, July 08, 2013 1:55 PM
**To:** Teresa Nelson
**Subject:** RE: Caner v. Autry

Teresa,

Would 10 a.m. EST work for Thursday?

Thanks!
Josh

Joshua M. Autry, Esquire
**CLYMER, MUSSER & CONRAD, P.C.**
408 W. Chestnut Street
Lancaster, PA 17603
717.299.7101 (p)
717.299.5115 (f)
www.clymerlaw.com
Connect on LinkedIn: www.linkedin.com/in/joshautry

This e-mail and any files transmitted with it are private and confidential and are solely for the use of the addressee. It may contain material which is legally privileged. If you are not the addressee or the person responsible for delivering to the addressee, be advised that you have received this e-mail in error and that any use of it is strictly prohibited.

**From:** Teresa Nelson [mailto:tnelson@gibbsfirm.com]
**Sent:** Monday, July 08, 2013 12:20 PM
**To:** Josh Autry
**Subject:** Caner v. Autry

Hi Josh,

Pleasure speaking with you today. As I mentioned, Mr. Caner would like some questions answered, I have set them forth below. If your brother is willing to answer them, can you please provide me with the responses by Thursday, latest? If he will not answer, would you please let me know as soon as possible so that I can pass that on. In the meantime, I will be drafting the Agreement.


1. Who at Liberty knew you were doing this?

2. How often did you upload from LU and the LU server?

3. Who is "Caner Repents?"

4. How coordinated has this been? Under FBCJaxWatchdog and James White?

5.  On your blog you state an LU high official told you that Caner "privately repented at Thomas Road Baptist Church," but that he was afraid to do so publicly because of the bloggers. Caner would like the name of this "high official."  If a name is not provided, then please publicly state that the statement was not made truthfully.

6.  Who was and is your immediate supervisor at LU?

7.  You mentioned on your blog that you had help, who else at LU worked with you on these matters?

8.  Who is TurretinFan?

9.  Are you willing to turn over all correspondence between yourself, Mr. James White, FBCJaxWatchdog, Jason Smathers and all other cyber stalkers?

Thanks,

Teresa M. Nelson
Associate Attorney
Gibbs Law Firm, P.A.
5666 Seminole Boulevard, Suite 2
Seminole, FL 33772
Telephone:(727) 233-7623
Fax: (727) 398-3907
Email: tnelson@gibbsfirm.com
Website: www.gibbsfirm.com

PLEASE NOTE: CONFIDENTIAL AND PRIVILEGED INFORMATION. THIS TRANSMISSION IS DIRECTED ONLY TO THE PERSON OR PERSONS NAMED ABOVE FOR THEIR PERSONAL USE. IT MAY CONTAIN INFORMATION OR MATERIALS WHICH ARE PERSONAL, PRIVATE AND/OR CONFIDENTIAL AND WHICH ARE NOT INTENDED TO, AND MAY NOT, BE DISCLOSED TO ANY OTHER PERSON. IF YOU ARE NOT THE PERSON TO WHOM THIS TRANSMISSION IS DIRECTED, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISTRIBUTION, COPYING OR USE OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ ANY PART OF IT. IMMEDIATELY CONTACT ME BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO ME AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU FOR YOUR COOPERATION AND UNDERSTANDING