## DECLARATION OF BRIAN SANFORD, ESQUIRE

I, Brian Sanford, Esquire hereby swear and depose as follows:

1. I make this declaration pursuant to 28 U.S.C. § 1746.

2. I am a member of the Texas Bar.

3. I am an attorney in Richardson, Texas.

4. Based upon my experience, I believe that a reasonable hourly rate is $250 per hour in this district for attorneys and $75 per hour for paralegals.

5. I spent a total of three hours providing services in this case, including telephone calls, emails, and reviewing pleadings. A reasonable fee for these services is $750.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2014

(signature)