| Date | Staff | Hrs | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/17/2013 | JA | 7 | $250 | $1,750.00 | Dft Motion to Dismiss & Brief; research fair use, standing, infringement, & FOIA |
| 10/26/2013 | JA | 4 | $250 | $1,000.00 | Dft motion to dismiss & brief; research Ergun Caner & copyright protection |
| 10/27/2013 | JA | 9 | $250 | $2,250.00 | Dft motion to dismiss & brief; research copyright infringment & fair use |
| 10/28/2013 | JA | 1 | $250 | $250.00 | Dft motion to dismiss; research suit for unregistered copyright |
| 11/1/2013 | JA | 1 | $250 | $250.00 | T/c Atty McClanahan; dft brief in support of motion to dismiss |
| 11/3/2013 | JA | 2 | $250 | $500.00 | Dft motion to dismiss; research right to injunction |
| 11/17/2013 | JA | 1 | $250 | $250.00 | Dft / revise Brief in Support of MTD |
| 11/25/2013 | JA | 4 | $225 | $900.00 | Dft Motions & Brief; research venue & personal jurisdiction; t/c Kel |
| 11/26/2013 | JA | 7.63 | $250 | $1,907.50 | Dft motions & briefs; research venue; t/c Kel McClanahan; t/c Jon Autry |
| 11/27/2013 | JA | 2 | $75 | $150.00 | Review filings from yesterday; t/c Emily Bell |
| 12/13/2013 | JA | 0.5 | $250 | $125.00 | Research possible copyrights |
| 12/18/2013 | JA | 1 | $250 | $250.00 | Research copyright action |
| 12/30/2013 | JA | 1 | $250 | $250.00 | Research Caner's twitter posts about videos |
| 1/7/2014 | JA | 6.8 | $250 | $1,700.00 | Review all filings; dft reply brief; conf w/ Emily Bell; conf w/ Jonathan Autry |
| 1/15/2014 | JA | 1.5 | $250 | $375.00 | Review decisions transfering & severing case; conf w/ Jon Autry; conf w/ Dustin Gaines |
| 1/21/2014 | JA | 0.5 | $75 | $37.50 | Review motion and briefs by Smathers |
| 3/19/2014 | JA | 1 | $250 | $250.00 | Research copyright registration as requirement for filing suit; review briefs; dft reply |
| 3/26/2014 | JA | 6.6 | $250 | $1,650.00 | Research whether to file reply in failure to join party issue |
| 3/28/2014 | JA | 6.1 | $250 | $1,525.00 | Research whether to file reply brief in failure to state a claim issue |
| 4/3/2014 | JA | 9.2 | $250 | $2,300.00 | Research motions to dismiss; dft reply brief |
| 4/4/2014 | JA | 4.1 | $250 | $1,025.00 | Dft / revise reply brief |
| 4/4/2014 | JA | 2.5 | $250 | $625.00 | Dft / revise motion to stay & brief and notice that motions are ripe for disposition |
| 4/10/2014 | JA | 1 | $250 | $250.00 | Review pleadings and briefs re: motion to stay; court conference re: motion to stay |
| 4/11/2014 | JA | 0.2 | $250 | $50.00 | T/c Opposing Counsel |
| 4/17/2014 | JA | 0.5 | $75 | $37.50 | Review decision in Texas case; notify Virginia court |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/28/2014 | JA | 2.3 | $250 | $575.00 | Review copyright application; dft motion to supplement & brief; t/c OC re: concurrence; Dft initial disclosures; Research re: attorney fees for defendants in copyright cases, fair use defense |
| 4/30/2014 | JA | 6.7 | $250 | $1,675.00 | Preparation and participate in Oral Argument; review briefs and pleadings from Virginia and Texas dockets; review Copyright Application; research re: summary judgment where no discovery conducted, obligation of party opposing MSJ to file 56d affidavit seeking discovery, converting 12b6 motion into MSJ, MSJ on affirmative defenses, MSJ on fair use, and independent contractor under Copyright Act |
| 5/1/2014 | JA | 1.5 | $250 | $375.00 | T/c Jon Autry re: oral argument; dft motion to supplement & brief; contact OC re: concurrence |
| 5/5/2014 | JA | 0.5 | $250 | $125.00 | Review fee petition filed in Texas |
| 5/25/2014 | JA | 3.1 | $250 | $775.00 | Research defense fee awards in fair use cases |
| 5/26/2014 | JA | 7.5 | $250 | $1,875.00 | Research defense fee awards in fair use cases; research reasonable hourly rates and reasonable fee awards |
| 5/27/2014 | JA | 7.8 | $250 | $1,950.00 | Dft / revise Brief in Support of Fee Award and my declaration |
| 5/28/2014 | JA | 5 | $250 | $1,250.00 | Dft / revise Motion and Brief for Fees, Bill of Costs, and my declaration |
| 11/7/2013 | MAS | 0.1 | $75 | $7.50 | email court order to client |
| 11/14/2013 | MAS | 0.1 | $75 | $7.50 | email court document to client |
| 11/26/2013 | MAS | 3 | $75 | $225.00 | Prepare/edit/file motion to transfer venue & motion to dismiss |
| 11/27/2013 | MAS | 3 | $75 | $225.00 | prepare notice of concurrence, motion to dismiss, motion to transfer |
| 1/15/2014 | MAS | 0.2 | $75 | $15.00 | email orders to client |
| 1/20/2014 | MAS | 0.2 | $75 | $15.00 | Calendar pro hac vice deadline |
| 2/4/2014 | MAS | 1.25 | $75 | $93.75 | pro hac vice motion editing |
| 2/4/2014 | MAS | 0.33 | $75 | $24.75 | draft pro hac vice motion |
| 2/5/2014 | MAS | 1.62 | $75 | $121.50 | send pro hac vice petition to local counsel |
| 2/13/2014 | MAS | 0.1 | $75 | $7.50 | follow-up re Pro hac vice motion |
| 4/17/2014 | MAS | 0.3 | $75 | $22.50 | file notice of related decision |
| 4/28/2014 | MAS | 0.2 | $75 | $15.00 | email initial disclosures to OC |
| 4/28/2014 | MAS | 0.5 | $75 | $37.50 | file motion to supplement record w/ copyright application |
| 4/29/2014 | MAS | 1 | $75 | $75.00 | file motion to supplement record w/ copyright application errata |
| 5/1/2014 | MAS | 0.5 | $75 | $37.50 | file motion to supplement the record |

| **Total fees** | JA  | 115.5 | $250 | $28,257.50 |
|---|---|---|---|---|
|  | MAS | 12.4 | $75 | $930.00 |
|  |  |  | **Costs:** | $127.09 |
|  |  |  | **Total:** | $29,314.59 |