**Exhibit 1**

## AFFIDAVIT

STATE OF GEORGIA
COUNTY OF Montgomery

BEFORE ME, the undersigned authority personally appeared Ergun M. Caner who being first duly sworn, deposes and says:

1. My name is Ergun M. Caner, I am over the age of 18 years, and make this statement on personal information.

2. I brought this lawsuit because videos of my lectures, in their entirety, were being displayed and made available on the Internet without my consent.

3. I did not know Mr. Smathers prior to bringing this suit. My sole reason for bringing this suit against him was to get the videos removed from the Internet.

4. I am a college president and frequently travel and lecture on the material that is presented in the videos.

5. I have three books that I have written on the subject. All of the books are available for purchase on the Internet.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Ergun M. Caner

The foregoing instrument was acknowledged before me this 22 day of May, 2014, by Ergun M. Caner, who is personally known to me OR who produced a driver's license as identification, and who did / did not take an oath.

_____
Notary Public

My commission expires: 19 July 2015

[Notary Seal: JENNIFER JOAN BLAYLOCK, NOTARY PUBLIC, Comm. Exp. 07/19/15, MONTGOMERY COUNTY, GA]