# EXHIBIT "G"

## DECLARATION OF JOSHUA M. AUTRY, ESQUIRE

I, Joshua M. Autry, Esquire, hereby swear and depose as follows:

1. I make this declaration pursuant to 28 U.S.C. § 1746.

2. This time submitted for the reply is reasonable and necessary. I had to draft the reply brief, review and analyze the cases cited by Caner, and research an issue raised by Caner in his response brief (whether this Court should deny or reduce fees due to my *pro bono* representation). The law is clear that Caner's argument is incorrect, but I had to research those cases to draft the section in this brief in order to aid the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2014