IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Ergun M. Caner, | : | No.: 6:14-cv-004 |
| Plaintiff | : | |
| v. | : | Civil Action - Law |
| | : | Jury Trial Demanded |
| Jonathan Autry, | : | (Electronically Filed) |
| Defendant | : | |

## **ORDER**

AND NOW, this ____ day of ____ 2014, upon consideration of the Motion for Fees and Costs, this Court hereby awards fees and costs to Jonathan Autry in the amount of $34,389.59.

BY THE COURT:

_____
Judge Norman K. Moon