IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Ergun M. Caner, | : | No.: 6:14-cv-004 |
|    Plaintiff | : | |
|    v. | : | Civil Action - Law |
| | : | Jury Trial Demanded |
| Jonathan Autry, | : | (Electronically Filed) |
|    Defendant | : | |

## Notice of Motion Ripe for Decision

AND NOW comes the Defendant Jonathan Autry by and through his counsel, Joshua M. Autry, Esquire, and notifies this Court that the following are ripe for decision:

1. Docket #67 – Motion for Fees and Costs. Jonathan Autry attached a brief in support, exhibits, and a proposed order. Ergun Caner filed an opposition brief at Docket #71, and Jonathan Autry filed a reply brief today with exhibits and a new proposed order.

2. Docket #69 – Bill of Costs. Jonathan Autry attached an itemization of costs. Ergun Caner did not file any objections to the Bill of Costs.

                                                     Respectfully Submitted,

                                 By:    /s/ Joshua M. Autry_____
                                                Joshua M. Autry, Esquire
                                                Pa. Supreme Ct. I.D. 208459
                                                Lavery Faherty Patterson
                                                225 Market St, Suite 304
                                                Harrisburg, PA 17108
                                                Phone: (717) 233-6633
                                                Fax: (717) 233-7003
                                                jautry@laverylaw.com

Dated: June 18, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below I electronically filed the foregoing with the Court using the CM/ECF system, which sent notification of such filing to the following person(s) at the following email address(es):

    David C. Gibbs
    dgibbs@gibbsfirm.com

    /s/ Joshua M. Autry_____
    Joshua M. Autry, Esquire

Dated: June 18, 2014