IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ERGUN M. CANER, | CASE NO. 6:14-cv-00004 |
| *Plaintiff,* | |
| v. | **ORDER** |
| JONATHAN AUTRY, | JUDGE NORMAN K. MOON |
| *Defendant.* | |

For the reasons stated in the accompanying memorandum opinion, I hereby GRANT Defendant's Motion for Fees and Costs (docket no. 67) and AWARD Defendant $34,262.50 in attorney's fees and $127.09 in costs, for a total of $34,389.59. I further ORDER that this case be dismissed and stricken from the active docket of this Court.

The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

It is so ORDERED.

Entered this ___1st___ day of July, 2014.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE